**Debbie Proulx**

| | |
|---|---|
| From: | Emily Convers <emilyconvers@yahoo.com> |
| Sent: | Thursday, July 07, 2016 12:29 PM |
| To: | Gary Parise; Debbie Proulx; Neil Dwyer; Jim Purcell; Trustee Conklin; Geri DeAngelis; MRC; Fred Cocks; Marilyn Karlich; John Behringer; David Levinson |
| Subject: | Re: Fwd: status of lawsuit - priviliged attorney client communication |

Members of the Village of Monroe Planning Board, and Mayor and Trustees,

It has come to my attention that local attorney, Ronald Kossar, was before the Village Planning board at a recent meeting where he began speaking negatively and maliciously of the grassroots organization, United Monroe, to which I am Chairwoman.

I also was notified that several members of the Planning Board were in concurrence with Kossar's words and verbalized this in front of the public. Specifically Chairman Gary Parise, Secrectary Debbie Proulx and Attorney David Levinson.

I find this troubling and inappropriate.

Would those members who feel that United Monroe "lost their purpose" care to illuminate for me what they have done to stop the 507 acre land grab attempt? Or, what they have done to campaign for a new, non-corrupt Town Board?

I would love to know what you feel would be a better alternative in Monroe to our all-volunteer grassroots group who have educated and engaged the public to vote like no one has before us.

I would love to know what you think would be happening in Monroe right now if we never organized.

I would also love to know what these particular members have to say for themselves with regards to the over development of our Village on their watch. Smith Farm, Bridges at Lake Parc, to name a few, will be quality of life affecting. It's interesting to note that the very same members who spoke negatively of United Monroe are the very same people who sat on the Steering Committee for the Village comprehensive plan.

I ask you this: Why didn't you act to prevent over development of Monroe? Why didn't you look into creating forever green space? Why didn't you contact a land trust, or look for grants to purchase land, or use eminent domain? Why didn't you look into preservation as an option? We are looking down the barrel of hundreds of new units in the Village of Monroe. As someone who is on the pulse of this community and who has knocked on hundreds of doors, I can tell you, this is not what the people want.

It's not easy to make change. United Monroe has done that. We've made change. And our purpose has been clear since our inception and hasn't shifted.

We promote good government. We elect good, honest people. We expose corruption. We organize, fund raise and educate. And we stand up to those who do not work for the overall public interest. So, I'm standing up to you right now.

Ronald Kossar represents Kiryas Joel leaders and Kiryas Joel interests. By your public agreement with his fallacious and nasty accusations, you have exposed a chink in the armor. A weak spot. You can bet that the KJPE will be preying upon it.

I hope that the Village Trustees and Mayor will take this matter very seriously.

Emily Convers
845.300.9762

**Debbie Proulx**

**From:** Emily Convers <emilyconvers@yahoo.com>
**Sent:** Saturday, February 13, 2016 10:17 AM
**To:** Debbie Proulx; Jim Purcell; Trustee Conklin; Neil Dwyer
**Subject:** Resignation

Dear members of the Village of Monroe Planning Board, Village of Monroe Board of Trustees, Mayor Purcell,

Please accept this email as my official resignation as an Alternate member of the Village of Monroe Planning Board.

When I was first appointed, I asked many questions. I felt that my questions were unwelcome and were met with a dismissive tone. I do not believe that the Smith Farm development should have moved forward as quickly as it has after laying dormant for so long.
I asked why the project wasn't starting from scratch since the density, traffic, water and sewer issues have changed drastically since this project first came about over 10 years ago. I was told that the Planning Board feared litigation from the developer. This explanation is disconcerting and suggests that developers decide the vision and future of our community.

I was sad to return from vacation this summer to see that the Board conditionally approved the development.

I cannot quietly sit in meetings any more watching this development move forward as a non-voting Alternate member. I'm going to have to join the ranks of fellow citizens who are equally upset about this massive development which will have negative impacts on our school district, water and sewer, and traffic.

I know that the Comprehensive Plan for the Village of Monroe had been worked on for the past several years and I fail to understand why the density or zoning for this development was not addressed in the Comprehensive Plan to prevent such massive growth in our Village.

Monroe citizens do not want more density. They want to prevent that. It's my belief that the Village and its Boards should represent the will of the people and should uphold and protect the community character. Not the will of the developers and their pockets.

For the above reasons, I must take my leave effective immediately.

Sincerely,

1

Emily Convers

**From:** Debbie Proulx <pbsecretary@villageofmonroe.org>
**To:**
**Sent:** Tuesday, February 9, 2016 2:51 PM
**Subject:** 2-17-16 Workshop

Hello all,

The agenda and docs are on the cloud for the February 17, 2016 workshop meeting.

If you are unable to attend the workshop please let me know.

Thanks,

Debbie Proulx
Planning Board & Building Dept. Secretary
Village of Monroe
7 Stage Road, Monroe, NY 10950
845-629-4152 - Planning Board
845-782-8341 x 31 - Building Dept.
pbsecretary@villageofmonroe.org
845-782-8007 fax