**Town of Monroe Planning Board Regular Meeting**

**Date and Time:** March 8, 2016  7:30 pm

**Location :** Town of Monroe Senior Center, 101 Mine Road, Monroe, NY

**Members Present:** Chairperson Elisa Tutini, Richard Troiano, Lisa McQuade, Jerome O'Connell, Gary Abrignani, Mary Bingham, and Audra Schwartz.

**Members Absent:** None

**Consultants Present:** Attorney Mike Donnelly, Engineer Mark Edsall, Engineer Shaun Arnott, Ward Bower, Conservation Commission

**PUBLIC HEARING**

Rye Hill Estates (13-007) Section 31- Block 1- Lot 29 Off Rye Hill Road (please see attached transcript)

Member Troiano made a motion to close the public hearing, seconded by Member McQuade. The motion was approved 7/0, with Chairperson Tutini and Members McQuade, Troiano, Abrignani, Bingham, O'Connell, and Schwartz voting "aye".

1.  **Rye Hill Estates (13-007) Section 31- Block 1- Lot 29 Off Rye Hill Road Mark Siemers, Representative**

    Mark Siemers said he would prepare a document in response to the comments made at the Public Hearing. Chairperson Tutini said the document would be posted on the Town's website. Member Bingham expressed concern about animals being affected by a road cutting through the wetlands. Mark Siemers said the road would be put through the narrowest section of the wetlands and they would add a second drainage pipe at a higher elevation to allow for the passage of any animals there. Engineer Edsall said he had some minor comments on the SWPPP.

2.  **Lands of Fini (Phase 1) (0092-2005) Section 31- Block 2- Lots 25.42,27,28 *Off Rye Hill Road* Pietro Fini, Owner**

    Member Bingham made a motion to grant an extension of Conditional Final Approval until June 14, 2016, seconded by Member O'Connell. The motion was approved 6/0, with Chairperson Tutini and Members O'Connell, Bingham, McQuade, Troiano, and Abrignani voting "aye". Member Schwartz abstained.

3.  **Lands of Fini- Overall Subdivision (0092-2005) Section 31- Block 2- Lots 25.42, 27, 28 *Off Rye Hill Road* Pietro Fini, Owner**

Member O'Connell made a motion to grant an extension of Preliminary Approval until September 12, 2016, seconded by Member Abrignani. The motion was approved 6/0, with Chairperson Tutini and Members Troiano, McQuade, Abrignani, O'Connell and Bingham voting "aye". Member Schwartz abstained.

**4. Bald Hill Estates (0002-2000) Section 1- Block 3- Lots 25.2& 27.12 *Off County Route 105* Dubja Realty, Owner**

Attorney Donnelly said he had spoken to George Lithco, the project's representative. George Lithco said the applicant was going to do a traffic study and go before the Town Board of Monroe regarding a water district before returning to the Planning Board. Member Troiano made a motion to grant a three month extension of Preliminary Approval until June 14, 2016, seconded by Member Abrignani. The motion was approved 7/0, with Chairperson Tutini and Members Troiano, McQuade, Abrignani, O'Connell, Bingham, and Schwartz voting "aye."

**5. Mendel Breuer Office (12-008) Section 2- Block 1- Lot 5.112 *Off Old Country Road and Larkin Drive* Owner- Mendel Breuer, John Loch, Representative**

John Loch said he had submitted revised plans and was hoping to schedule a public hearing for the project. Engineer Edsall discussed his comments (please see attached). The Planning Board discussed the project. Member Schwartz asked for the narrative to be revised. Member Bingham made a motion to set a public hearing for April 12, 2016, seconded by Member Troiano. The motion was approved 7/0, with Chairperson Tutini and Members Troiano, McQuade, Abrignani, Bingham, Schwartz, and O'Connell voting "aye".

**6. Katzman (15-007) Section 25- Block 2- Lot 11 *Off Emma Lane* Owner- Michael Katzman**

Michael Katzman explained that the project was an office he used when at home. He explained that he traveled often, as he was a sales representative. Engineer Edsall said he was satisfied with the plans (please see attached). The Planning Board, its consultants, and Michael Katzman discussed the project. Member Abrignani made a motion to issue a negative declaration, seconded by Member O'Connell. The motion was approved 7/0, with Chairperson Tutini and Members Abrignani, O'Connell, Troiano, McQuade, Schwartz, and Bingham voting "aye". Member O'Connell made a motion to approve the Resolution of Conditional Final Approval, seconded by Member Abrignani. The motion was approved 7/0, with Chairperson Tutini and Members Troiano, McQuade, Bingham, O'Connell, Abrignani and Schwartz voting "aye".

**ADMINISTRATIVE**

Chairperson Tutini made a motion to approve the January 5, 2016, minutes, seconded by Member Troiano. The motion was not approved 3/3, with Chairperson Tutini and Members

Troiano and McQuade voting "aye", and Members Schwartz, Abrignani, and O'Connell voting "nay". Member Bingham abstained. The January 5, 2016, minutes remain draft.

The Planning Board discussed the February 2, 2016, minutes. Member Bingham had several revisions. The secretary asked if she would email her revisions. Member Bingham said she would. The Planning Board agreed to table the minutes.

Member Troiano made a motion to approve the February 9, 2016, minutes, seconded by Chairperson Tutini. The motion was not approved 4/3, with Members Abrignani, O'Connell, Bingham, and Schwartz voting "no." Chairperson Tutini and Members Troiano and McQuade voted "aye." The February 9, 2016, minutes remain draft.

Member Schwartz made a motion to enter into attorney/client session, seconded by Member Abrignani. The motion was approved 5/1, with Members Abrignani, Schwartz, O'Connell, Bingham, and McQuade voting "aye." Chairperson Tutini said "no". Member Troiano abstained.

The Planning Board emerged from attorney/ client session. Member O'Connell made a motion to adjourn, seconded by Member Abrignani. The motion was approved 7/0, with Chairperson Tutini and Members Troiano, McQuade, Abrignani, Bingham, Schwartz, and Bingham voting "aye."

Minutes prepared by Kathryn Troiano, Planning Board Secretary

ORIGINAL

STATE OF NEW YORK : COUNTY OF ORANGE

TOWN OF MONROE PLANNING BOARD

----------------------------------------------x

IN THE MATTER

OF

RYE HILL ESTATES

----------------------------------------------x

Town of Monroe Senior Center
101 Mine Hill Road
Monroe, New York
March 8, 2016

B E F O R E :

ELISA TUTINI, CHAIRWOMAN

GARY ABRIGNANI, MEMBER

MARY BINGHAM, MEMBER

LISA McQUADE, MEMBER

JEROME O'CONNELL, MEMBER

AUDRA SCHWARTZ, MEMBER

RICHARD TROIANO, MEMBER

ROCKLAND & ORANGE REPORTING

2 Congers Road

New City, New York  10956

(845) 634-4200

2

1   A P P E A R A N C E S :

2

3          KATHRYN TROIANO,
                   Planning Board Secretary

4          MICHAEL H. DONNELLY, ESQ.,
                   Planning Board Attorney

5

6          MARK J. EDSALL,
                   Planning Board Engineer

7          WARD BROWER,
                   Conservation Commission

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1               Proceedings

2          THE CHAIRWOMAN:  Good evening, everyone.

3     It's a little past 7:30, I would like to

4     start the March 8, 2016 regular meeting.

5          Please note the two exits in the back of

6     the room and one exit in back of us that

7     leads out onto the porch.

8          Let's stand for the pledge of

9     allegiance.

10          (Whereupon the pledge of allegiance was

11     recited.)

12          THE CHAIRWOMAN:  The first item on

13     the -- the first thing on the agenda is the

14     public hearing for Rye Hill Road.

15          You want to read this?

16          MS. TROIANO:  With your permission I'll

17     read it, it's small and I have my reading

18     glasses.

19          Notice is hereby given by the Planning

20     Board of the Town of Monroe, New York as

21     follows:

22          Pursuant to Section A65-6 of the

23     subdivision regulations of the Town of Monroe

24     and Section 276 of the Town Law of the State

25     of New York, the Planning Board will hold a

4

1        Proceedings

2        Public Hearing on the 8th day of March 2016

3        at 7:30 p.m., or as soon thereafter as is

4        practical, at the Monroe Senior Center, 101

5        Mine Hill Road, Monroe, New York 10590, upon

6        the application of Rye Hill Estates for

7        subdivision approval allowing the subdivision

8        of the applicant's property into 10 lots on a

9        cluster layout basis.

10            The site in question is located with

11       within the RR1 Zoning District of the Town of

12       Monroe.  The property is located off of Rye

13       Hill Road and High Ridge Road and is

14       designated on the tax map for said Town as

15       location 31, Block 1, lot 29.

16            All persons interested will be heard by

17       the Planning Board at the Public Hearing to

18       be held as aforesaid.

19            The Town of Monroe will make every

20       accomodation -- will make every effort to

21       ensure that the hearing is accessible to

22       persons with disabilities.  Anyone requiring

23       special assistance and/or reasonable

24       accommodations should contact the Town Clerk.

25            This was dated February 16, 2016 and it

5

1                      Proceedings

2      was in the February 18, 2016 issue of the

3      Times Herald statement -- Times Herald

4      Record, pardon me.

5            (Discussion held off the record.)

6            THE CHAIRWOMAN:   Tonight's hearing is

7      concerned with a subdivision proposal.   The

8      applicant seeks to create 10 lots on a

9      property located on Rye Hill Road.   The

10     subdivision plan before this Board is

11     specific proposal for this project.   It shows

12     the location of lots, roadways, driveways,

13     drainage facilities, and the various

14     accessory infrastructure elements that makeup

15     this proposal.

16           This hearing is designed to hear your

17     comments on these specifics.   We invite any

18     comment or suggestions you may have regarding

19     this project, it's layout, et cetera.

20           MS. TROIANO:   I'll get the list --

21     actually I think before we have people speak

22     the engineer will do a presentation of the

23     project and if you still have questions after

24     his presentation that might be better than --

25     so more people --

6

1           Proceedings

2               THE CHAIRWOMAN:  Mark?  You want to go

3       ahead and give your presentation?

4               MR. SIEMERS:  Yes.  I have a map up here

5       that I'm going to be gesturing to so

6       hopefully the public can see it and the

7       Board.  I'm a little tethered to the

8       microphone here so I'm going to do my best

9       going back and forth.

10              Good evening.  My name is Mark Siemers,

11      I'm from Pietrzak & Pfau Engineering and

12      Surveying on behalf of the project applicant.

13              The parcel in question is located on the

14      east side of Rye Hill Road directly across

15      from the High Ridge Road Rye Hill Road

16      intersection.

17              To show you that on the map --

18              THE CHAIRWOMAN:  I have a --

19              MS. TROIANO:  I'll give it to --

20              MR. SIEMERS:  I'm standing right here, I

21      can just gesture with my pen if that's okay.

22              MS. TROIANO:  It's free --

23              MR. DONNELLY:  Or you can stand all the

24      way over there.

25              MR. SIEMERS:  So to give you an idea

7

|   |   |
|---|---|
| 1 | Proceedings |
| 2 | where we are, this is Rye Hill Road right |
| 3 | here on the map.  This is -- sorry -- High |
| 4 | Ridge Road right here.  This is the |
| 5 | intersection, the property is located |
| 6 | directly across the street, right here.  The |
| 7 | Village of Monroe water treatment plant is |
| 8 | located -- it's adjoining the project located |
| 9 | right here in the back corner. |
| 10 | As was read in the announcement, the |
| 11 | parcel is identified as Section 31, Block 1, |
| 12 | Lot 29 on the Town of Monroe tax maps.  It is |
| 13 | approximately 21 acres of land and it's |
| 14 | located in the RR1 Zoning District. |
| 15 | The parcel is mostly wooded with a few |
| 16 | existing cleared trails.  If you can actually |
| 17 | see on the aerial image there are a few |
| 18 | trails located mostly in the middle of the |
| 19 | project here. |
| 20 | The parcel contains approximately 4.7 |
| 21 | acres of federally regulated wetlands forming |
| 22 | a horseshoe type pattern on the project site. |
| 23 | This can be seen on the map, it's a hatched |
| 24 | area and it runs up and around here.  That's |
| 25 | the location of the wetlands.  The Ramapo |

8

1                          Proceedings

2         Creek traverses the southeastern portion of

3         the site behind the federally regulated

4         wetlands.  And that can actually be seen

5         right here running through the project site.

6              This proposed project is adjacent to two

7         separate approved projects.  One is the

8         approved Shea Meadows subdivision to the

9         north, which is located up here.  And the

10        second is the approved Polack Farms

11        subdivision to the south, which is located

12        down here.

13             This project serves to complete the

14        roadway connection between these two projects

15        and complete the new roadway that will -- is

16        proposed to run parallel to Rye Hill Road

17        that is desired by the Town.

18             The Shea Meadows roadway is located

19        right here and will connect to the proposed

20        roadway, run through the project and connect

21        back to the Polack Farms roadway right here.

22        This project has no connection out to Rye

23        Hill Road so it's completely dependant on the

24        two approved projects that adjoin it.

25             This project was studied in an

9

1                          Proceedings

2          environmental impact statement conducted by

3          the Town for the entire Rye Hill corridor and

4          will meet all the requirements set forth in

5          that document.  In addition, a project

6          specific long form environmental assessment

7          form was submitted for this project to the

8          Planning Board for review.

9               The project itself consists of a 10 lot

10         single-family home subdivision and a cluster

11         subdivision layout.  A yield plan was

12         submitted to the Planning Board and approved

13         prior to the design of this cluster.

14              And what the cluster subdivision allows

15         is some flexibility in the lot size and it

16         allows us to maintain open space around the

17         lots and conserve areas of wetlands, wooded

18         areas and streams.

19              So the cluster subdivision consists of

20         10 lots with a minimum lot area of 15,000

21         square feet fronting on the proposed road

22         that I just described to you.  This road is

23         892 feet long and 30 feet wide.  Sidewalk is

24         proposed along this road providing a

25         pedestrian connection between the projects as

10

1                        Proceedings

2          well.  The proposed cluster layout, as I just

3          said, has allowed the project to maintain a

4          small development footprint and avoid

5          disturbance to the existing wetlands and

6          surrounding wooded area.  The proposed lots

7          are located approximately 330 feet off of Rye

8          Hill Road, that is this dimension in the back

9          of this lot line to Rye Hill Road here and

10         approximately 300 feet from this lot line to

11         the back property line here.  By providing

12         that it allows us to provide a wooded buffer

13         around the project.  So the project is

14         being -- is located basically in the middle

15         of the 20 acres with open space surrounding

16         the entire project.  Approximately 15.4 of

17         the 21 acres is propose to remain as open

18         space and will be offered to the Town Board

19         for dedication.

20              The project is located in the Orange

21         County Sewer District and it will be serviced

22         by a connection to the central sewer.  Each

23         parcel is proposed to be served by an

24         individual well.  The current town water

25         district line ends about here at this

11

Proceedings

1
2       property line so this project will be
3       serviced by individual wells, which will be
4       reviewed and approved by the Orange County
5       Department of Health as a part of the realty
6       subdivision approval.  These wells will be
7       developed with Town of Monroe and New York
8       State standards.
9            In designing the project the stormwater
10      pollution prevention plan was developed for
11      the project in accordance with the current
12      New York State DEC regulations.  The design
13      incorporates a green infrastructure technique
14      such as preservation of open space,
15      impervious area of discharge to area buffers
16      and tree planting along impervious services.
17           The design also incorporates a wet pond,
18      which is located up in this corner here.  The
19      wet pond will treat the stormwater and detain
20      it to match or decrease the peak runoff of
21      the rainwater and will slowly release that
22      water into Ramapo Creek.
23           And that's the project and with that I
24      will turn it back over to the Planning Board
25      for public comment.

12

1           Proceedings

2                MS. TROIANO:  Does anyone else want to

3        sign to make a public comment or ask a

4        question?  If you don't sign now it doesn't

5        mean you can't sign later, but you have to

6        sign.

7                THE CHAIRWOMAN:  Mike --

8                MR. ANDRIZZI:  Andrizzi.

9                THE CHAIRWOMAN:  -- Andrizzi, excuse me.

10       Come on up.

11               MR. ANDRIZZI:  Good evening.  My name is

12       Mike Andrizzi.  I live off of Rye Hill

13       Road -- I live on Belmont Drive actually.

14               I wanted to know what, first of all --

15       trying to figure that out, I have to try to

16       Google it and spend a half hour.  Can you

17       give a little more specific what the side

18       roads -- what is the roads coming off of Rye

19       Hill so an average guy like me can figure out

20       where exactly it is on Rye Hill?  I know we

21       have the Rye Hill Estates and there is

22       numerous homes.  But you are saying

23       different -- you know, it makes it a lot

24       easier.  It's in the Village, it's in the

25       Town, it's on the border.  I was a little

13

1               Proceedings

2      concerned about exactly where it is.

3          MR. SIEMERS:  It's in the Town directly

4      across from High Ridge Road, which is right

5      here.

6          MR. ANDRIZZI:  So that helps, that's

7      good enough, perfect.

8          So the one concern -- I went to several

9      meetings and the Town Board or the Planning

10     Board, Board of Health as well, is the

11     accessory apartments.  And my concern is the

12     abuse of one to two-family and two-family to

13     four-family.

14         The clustering is a concern, which I'll

15     get into in a couple seconds.  I just jotted

16     some notes, I didn't really plan on speaking.

17     But when I saw originally I was the only one

18     I figured I better speak since no one else

19     originally was.

20         The height of the buildings, are they

21     going to look anything like K.J. where they

22     are hidden apartments and they will turn into

23     three and four-family homes.  The Board asked

24     and I was very surprised, it was very, you

25     know, like dummies -- not you guys dummies

14

2        but, um, um, um, very secrecy on who owns it,
3        where is it being flipped to.  You know, you
4        got a guy here who is an engineer who is
5        being paid he is doing his job, but it was
6        stuttering, I don't know.  I don't know.
7        Nobody seems to know.  I mean, here this
8        should be wide open, open government, who
9        owns it, what is going on, what is the final
10       project.  What is really happening here.
11       What is the ultimate goal and the final plan.
12            The concern of the ads, that was brought
13       up by the Board too.  So being we're
14       televised I'll make sure it's documented.
15       Those ads went out, were they to scare
16       people?  Nobody seems to know.  They withdraw
17       it.  There was an attorney, nobody seems to
18       know the attorney.  You know, it was, it
19       wasn't.  But they were selling them as
20       two-family homes and my question was what is
21       the difference between a two-family home and
22       accessory apartment?  So, again, the abuse
23       that they were selling it, I believe it was a
24       Yiddish paper selling them as two-family
25       homes before they were even built.

15

1          Proceedings

2              The problems of what is going on in the

3      Village, specifically over by Burger King,

4      Gilbert Street.  Nobody knows what happened,

5      or how it happened, but suddenly maps get put

6      in wrong, paperwork gets put in wrong, nobody

7      wants to be to blame, nobody is doing this.

8      It happens, we are all adults, but it seems

9      to be in the builder's favor.  You know, they

10     cut down 78 acres, there was a mess with the

11     mud, the erosion, the neighbors were in an

12     uproar.  The Village, the politicians are in

13     a panic now, they are trying to calm

14     everybody down.  And everybody is like, how

15     did this happen?  Well, that's why we have

16     Planning Board meetings and Town Board

17     meetings so this doesn't happen and it's not

18     supposed to happen, but it does and it did.

19     The builder is going to do what he wants.

20             So when you have this secrecy of who,

21     what, when, where, how, why and nobody wants

22     to really talk are they going to come in and

23     just start bulldozing and doing what they

24     want and it's cheaper to pay the fines, you

25     know.  And who is actually going to be

16

1                    Proceedings

2         enforcing these work orders or whatever the

3         case maybe?

4              So no permit, erosion control, the stop

5         work orders.  Again, you read in the paper

6         every day, you go past it's a disaster,

7         people actually got hurt over there.  So if

8         you are really doing everything right you

9         shouldn't have these problems and if it was

10        done right in front of the Planning Board you

11        shouldn't have these problems, but why are we

12        having them there?  So let's make sure that

13        it doesn't happen here.

14             My concern was why the cluster.  He kind

15        of went over it, but my concern is all right,

16        you are doing the clustering there is

17        obviously a reason because all the wetlands

18        and the land probably isn't worth crap so

19        they will maximize and put as many homes on

20        there and then they are going to sell it to

21        you they are doing you a favor by putting --

22        the maximum homes that benefits the builder

23        and because the other land is crap and we

24        keep falling for it and I think that's a

25        disadvantage to the Town.

17

1                    Proceedings

2            My other concern is if you are offering

3        the clustering, again I'm comparing to

4        Gilbert Street -- I'm just a regular guy

5        reading the paper and driving by every day --

6        they authorize the 2,000 square foot

7        building, but yet the builder decides to put

8        up a 4,000 or 4,100 square foot building.

9        How could that be?  You know, how does that

10       happen?  Why are they allowing it?  Oh, we're

11       going to stop it.  The builder is just doing

12       what he wants and we're supposed to close our

13       eyes and make believe we don't know what is

14       going on.

15            So once you approve the clustering to me

16       there is reason why they want the clustering,

17       does that stop the land from future

18       development?  I mean, again, not picking on

19       any particular group of builders, or people,

20       or whatever, but if you go over to K.J. over

21       the years that I'm living here, 20 years,

22       they are building literally on the sides of

23       mountains, walls that are going up.  When

24       they have fires, you hear, gee, they didn't

25       have a fire break-in the middle of the

1          Proceedings

2     building, how could that be?  You know, if

3     there was all these building inspectors

4     watching what is going on how did these fires

5     get so severe and there was no walls for the

6     fire breaks?  How did miraculously they have

7     shady -- you know, they are new buildings it

8     should be to the new code.

9          So again, these are my concerns as you

10    are going to start to develop up and down Rye

11    Hill.  What size are the buildings going to

12    be?  How many families?  How many stories?

13    Who is going to enforce it?  Also, what is

14    the wetland buffer?  That's my concern.  You

15    know, it seems to be, you know, politics

16    being what they are, you know, you go in

17    front of the Variance Board and you start to

18    get all these waivers.  You know, a hundred

19    feet turns into 75 feet, turns into 50 feet,

20    turns into 30 feet, somehow you get a waiver.

21    So, again, the buffers are there for a

22    reason, what are the buffers, are we going to

23    force it or are we going to stick with it?

24         Thank you.

25         THE CHAIRWOMAN:  Thank you.  Linda

19

| | |
|---|---|
| 1 | Proceedings |
| 2 | Dephillips? |
| 3 | MS. DEPHILLIPS:  Good evening.  Can you |
| 4 | hear me all right or no?  Yes? |
| 5 | I'm here today because I received my |
| 6 | certified letter on -- on the 27th of |
| 7 | February and my property actually borders |
| 8 | this new development, I'm 31130. |
| 9 | And I have some concerns being that, you |
| 10 | know, I've lived here a long time and that |
| 11 | was the first I was hearing about the Rye |
| 12 | Hill Estates when I received the certified |
| 13 | letter. |
| 14 | If you could point it out to me maybe |
| 15 | where my property is? |
| 16 | MR. SIEMERS:  Sorry, I didn't hear your |
| 17 | name. |
| 18 | MS. DEPHILLIPS:  Linda Dephillips, |
| 19 | 31130 -- |
| 20 | MR. SIEMERS:  Right here. |
| 21 | MS. DEPHILLIPS:  So this is you have to |
| 22 | -- |
| 23 | MR. O'CONNELL:  Can you move the mic |
| 24 | closer, please, maybe? |
| 25 | MS. DEPHILLIPS:  Okay, well, all |

20

1                    Proceedings

2          right --

3              (The speaker cannot be heard.)

4              MS. DEPHILLIPS:  There is some concerns

5          with the roadway -- where the roadway is

6          coming off of Shea Estates and where is that

7          going to like end?  Is it ending on Rye Hill

8          down further on Rye Hill or going onto

9          Reynolds?

10             MR. SIEMERS:  Do you want me to answer

11         this?

12             THE CHAIRWOMAN:  Yes, please.

13             MR. SIEMERS:  This right here is Polack

14         Farms, that's an approved subdivision.  There

15         is an entrance on to Rye Hill -- it's

16         actually at the Berry Road Rye Hill Road

17         intersection.  The answer is --

18             MS. DEPHILLIPS:  So at the top of Rye

19         Hill?

20             MR. SIEMERS:  Okay.  That is one

21         connection with Rye Hill.  There is a second

22         connection here on Shea.  This is Shea --

23             MS. DEPHILLIPS:  Yes, I know where Shea

24         farm is --

25             MR. SIEMERS:  Other than that the road

21

1              Proceedings
2      goes all the way through and it goes up and
3      eventually connects to the realigned Reynolds
4      Road where the realigned intersection is --
5              MS. DEPHILLIPS:  Okay, so that's clear
6      now.
7              From what I understood with your opening
8      statement as far as the homes, you said 10
9      single-family homes --
10             MR. SIEMERS:  Correct.
11             MS. DEPHILLIPS:  So does that mean there
12     will just be one-family living in each home?
13             MR. SIEMERS:  It means single-family
14     homes.
15             MS. DEPHILLIPS:  Okay, because the
16     letter I received was in regards to cluster
17     housing.  I was like, oh, I thought cluster
18     meant that so I guess not.  But then when I
19     looked at the definition of cluster housing I
20     learned that it could be something equivalent
21     to multi-family housing --
22             THE CHAIRWOMAN:  Accessory?  Is that
23     what you are referring to, accessory?
24             MS. DEPHILLIPS:  Yeah.  Where it could
25     be more than one family living in a house

22

1              Proceedings

2     or -- it could be more like a condo or

3     townhouse --

4          THE CHAIRWOMAN:  A mother daughter type

5     thing --

6          MS. DEPHILLIPS:  Yeah --

7          THE CHAIRWOMAN:  -- is what they are --

8          MS. DEPHILLIPS:  Well, no, no, no.  I

9     don't know from what I read on the definition

10    of cluster it could mean like a townhouse

11    where you could have four -- say four homes

12    on one lot to make one.  So are you --

13         MR. SIEMERS:  These aren't townhouses.

14         MS. DEPHILLIPS:  So they are going to be

15    single-family homes, okay.  And that's final,

16    right?  Is that final?  They are going to be

17    single-family homes?

18         MR. SIEMERS:  They are single-family

19    homes on single-family lots --

20         MS. DEPHILLIPS:  Okay, so then the

21    other --

22         SPEAKER:  You can't use that.

23         THE CHAIRWOMAN:  Why not?

24         SPEAKER:  -- if you are going to do

25    something like that you should just ask me

23

1                    Proceedings
2        because that doesn't work.
3            THE CHAIRWOMAN:  All right, Mike, you
4        need to clear that up because that's very --
5            MR. DONNELLY:  Every single-family home
6        in the Town of Monroe under the current
7        zoning chapter is entitled to have what is
8        called an accessory dwelling unit.  It's not
9        a two-family home.  It may sound like
10       semantics, but it doesn't have two garages
11       and two entrances.  But accessory dwelling is
12       allowed, there is no requirement that the
13       people living in the accessory unit --
14           (The speaker cannot be heard.)
15           MR. DONNELLY:  -- it doesn't allow a
16       four-family home or a townhouse -- townhouse
17       style, but it does allow an accessory
18       dwelling unit.
19           MS. DEPHILLIPS:  Okay, so in reality it
20       could be two families living in -- under one
21       roof?
22           THE CHAIRWOMAN:  Yes.
23           MS. DEPHILLIPS:  Okay.  All right, so
24       that's fine.
25           Now, as far as the surrounding land,

24

1                Proceedings

2         there is a lot of it and it's woodland and

3         it's nice.  Is there -- you know, the whole

4         thing about the future, I mean, and he talks

5         about all right, we allow this, and what

6         happens in the future when people want to

7         expand?  Will this development want to expand

8         in the future?

9              MR. SIEMERS:  It can't.

10             MS. DEPHILLIPS:  It can't?  That's --

11             MS. SCHWARTZ:  They are dedicating the

12        land --

13             MS. DEPHILLIPS:  Okay.  All right --

14             (The speaker cannot be heard.)

15             MS. DEPHILLIPS:  They are going to have

16        wells and they are going to be hooked up to

17        municipal sewage?

18             MS. SCHWARTZ:  Yes.

19             VOICE:  How many -- what is the proposed

20        square footage of the houses?

21             MS. DEPHILLIPS:  Oh, okay, yeah, that's

22        a good question.  How big --

23             SPEAKER:  Talk into the microphone --

24             MS. DEPHILLIPS:  Okay --

25             MS. SCHWARTZ:  Mark, do you have those

25

1                    Proceedings

2       answers?

3            MR. SIEMERS:  Yes.  Can I use the

4       microphone?

5            MS. DEPHILLIPS:  Sure.

6            MR. SIEMERS:  Okay, the square footage

7       of the proposed houses -- proposed house

8       footprints are 50 by 30, 50 foot by 30 foot.

9       And they have -- they have been designed with

10      two bump outs for porches or whatever else is

11      designed in the actual architectural once

12      it's done for a total house footprint of

13      1,732 square feet.  No architecturals have

14      been prepared for this project so all we can

15      speak of at this point are footprints.  And

16      the footprints are limited by the stormwater

17      design and the Town of Monroe puts in their

18      approval resolutions and there is a note on

19      the map that the project is limited to this

20      square footage of a footprint, based on the

21      stormwater design, unless that comes back to

22      an official in the Town and is reviewed and

23      approved.

24           MR. DONNELLY:  Thank you.

25           VOICE:  I didn't put my name on the

26

1                    Proceedings

2        list.

3                THE CHAIRWOMAN:  Sure.

4                MR. WHITMAN:  Lance Whitman, I live in

5        Briarcliff Estates --

6                THE CHAIRWOMAN:  Wait, I have Seth next.

7        Seth?

8                MR. WHITMAN:  Sorry --

9                MR. BADER:  Geez -- I guess I have to

10       tell my name and where I live?

11               THE CHAIRWOMAN:  Yes.

12               MR. BADER:  Seth Bader, I live off of --

13       basically off of Berry Road and Margaret

14       Road.

15               Your name, sir?  I didn't catch it.

16               MR. SIEMERS:  Mark Siemers.

17               MR. BADER:  So, Mark, just a couple

18       questions regarding the development.

19               First of all, we covered the square

20       footage and you mentioned that there aren't

21       any architectural plans that are submitted,

22       but it's approved for a 1,700 square foot

23       footprint?

24               MR. SIEMERS:  Design.

25               MR. BADER:  Design?

27

```
 1                     Proceedings
 2          MR. SIEMERS:  It's not approved yet.
 3          MR. BADER:  So I guess the question is
 4     whether it's designed or approved an
 5     architectural has to be done so are there any
 6     limitations being it's RR1 on the amount of
 7     floors that this structure can have?  I'm not
 8     familiar with the code.
 9          MR. ABRIGNANI:  Just the building
10     height --
11          MR. EDSALL:  It's a 35 foot maximum
12     building height.
13          MR. BADER:  And, again, does that --
14     two, three-story dwelling usually -- like if
15     you are building to the maximum of 35 feet I
16     assume ten foot ceilings, I'm thinking three
17     stories, right?
18          MR. EDSALL:  It would seem that's a
19     possibility, yes.
20          MR. BADER:  So essentially depending --
21     you know, 1,700 footprint times three could
22     be about a 4,000 square foot home --
23          MR. ABRIGNANI:  It's five --
24          MR. BADER:  Five?  So that's a big
25     concern.  I'm hoping that the Board takes
```

28

1                          Proceedings
2       into consideration a restriction on the
3       height of these dwellings.
4           The accessory apartment code continues
5       to be a major concern of mine.  Last night I
6       heard -- and I didn't know any of the
7       particulars -- but I heard that on average
8       it's about five applicants a year.  And in my
9       opinion five applicants a year, it's very
10      little benefit for an awful lot of possible
11      abuse.  You know, there is five people that
12      have benefited on average each year and
13      that's I guess the upside of keeping the
14      code.  The downside is it could leave room
15      for some tremendous abuse especially when
16      looking at developments of these scale.
17          So I know that there are different
18      opinions on it, I'm only up here sharing my
19      own opinion.  I would like to see it
20      completely removed from code -- that's just
21      my opinion.  If there were more than five
22      benefiting from it and it was heavily
23      utilized you could have, I think, a stronger
24      argument, but five -- whatever that
25      percentage is of the Town that too too small

29

1                    Proceedings

2        to have even a single possibility of abuse.

3        And I continue to say that every step of the

4        way.

5             MS. SCHWARTZ:  Can you clarify what you

6        are talking about, five what?

7             MR. BADER:  Last night I think I heard

8        the statistics and I may have been incorrect

9        in my recollection of it, but that this past

10       year there were five approved accessory code

11       permits --

12            MS. SCHWARTZ:  That's what I thought,

13       but I wasn't sure.  Okay.

14            MR. BADER:  If theoretically if it was

15       removed than those five would have been

16       dissatisfied, but five dissatisfied citizens

17       for thousands I think is a fair trade off.

18       You know, in times when -- and I hate to draw

19       a correlation to the country's national

20       security, or terrorism, or things like that,

21       but, you know, we live in a day and age where

22       I think we all have to make some sacrifices

23       on our own personal liberties or rights for

24       maybe a greater good.  And I'd be willing to

25       sacrifice the ability to have an accessory

30

1          Proceedings

2     apartment if it protected and ensured the

3     future of our community.

4          And this is the piece I learned on this,

5     you know -- it's a road that has to hookup to

6     both Shea Meadows and Polack Farms.  And are

7     those both in final approval?  They are --

8          MS. SCHWARTZ:  Yes, Shea is --

9          MR. BADER:  Okay, which is why this is

10    being brought and discussed now.  My biggest

11    concern is when you described it earlier, one

12    end of the road down at Shea Meadows empties

13    out to the new Reynolds, right?

14          MR. ABRIGNANI:  Yup.

15          MR. BADER:  But am I correct in

16    understanding the statement that the other

17    end of this road will empty out right at that

18    intersection or that fork of Berry and Rye

19    Hill?

20          MR. SIEMERS:  That's not the end of the

21    road, but that is a second connection to Rye

22    Hill.  And part of that -- part of the Polack

23    Farms approval of that project was realigning

24    that whole intersection and creating it -- it

25    was supposed to be cut down so that

31

1                    Proceedings
2      intersection has a lot of work to be done,
3      but that's not a separate project.
4          MR. BADER:  Yeah, and I mean -- I -- not
5      to put the cart before the horse, but if we
6      are going to be developing and these are 10
7      units and I mean, probably if I was just
8      wishfully thinking that these were only truly
9      10 households, 10 families, and I think the
10     others represent --
11         MR. SIEMERS:  Forty-nine.
12         MR. BADER:   -- forty-nine and -- right?
13     So over a hundred additional families
14     emptying out onto that intersection, you
15     know, I -- I live -- as I mention I live on
16     Margaret Road and when I head into town to
17     Stop & Shop I drive to the end of Ludlum and
18     make a left onto Berry and I head down Berry
19     onto Rye Hill and down that way.  My wife
20     refuses to go that direction.  She refuses to
21     go to make the turn from Ludlum onto Berry
22     because it's such a blind and hazardous turn
23     onto there.  And she's been almost nearly --
24     with my two babies in the car -- involved in
25     an accident at that intersection that we are

32

Proceedings

1
2          describing this empties onto.  It's extremely
3          extremely hazardous.  You are coming up the
4          hill of Berry, it's -- the stop sign is
5          setback from that intersection, it's a turn.
6          It's just -- it's -- it's a disaster.  It's a
7          disaster now without an additional hundred
8          families living on that road.
9              So if we do move forward with all these
10         developments I would like to think that that
11         has got to be a condition, that's got to be
12         in place prior to everything going up.
13         Because you are talking about -- even if the
14         families aren't in there yet the construction
15         that is involved with it, there is going to
16         be an awful lot of traffic there.
17             I was just writing down some notes.
18             The wells represent a little bit of a
19         concern to me and I don't know if it's
20         warranted or not.  But I can tell you, you
21         know, I moved into a -- I was born -- I
22         wasn't born here, I was raised here.  I moved
23         here when I was I think three years old with
24         my family.  Lived here -- I'm 35 so I've
25         lived here probably about 30 of those

33

Proceedings

1
2    35 years.  And we -- my wife and I lived in
3    Queens at one point after school and we moved
4    up here to start a family and we actually
5    built the house right down the road from my
6    old baby-sitter, Grace.  And we needed to
7    drill a well.  And I can tell you personally
8    the amount that's been involved with my
9    water -- and I hope that it hasn't affected
10   any of my neighbors -- but when they drilled
11   the well originally for my house I think we
12   were at about 600 feet.  After about a year
13   we went dry and we are over a thousand feet
14   now recently.  So the water table, I can tell
15   you from recent -- you know, this is two
16   years ago -- recent experience, the water
17   table that exists in this area in my opinion
18   has got to be extremely fragile.  Because I
19   though that's the experience I've had and
20   when I talk to other neighbors their wells
21   are equally deep because they need to get
22   through multiple levels of that water table
23   to be able to have sufficient water.  And I
24   just fear this amount of development being
25   tapped into each house having its own well

34

1                    Proceedings

2       and each house theoretically having not just

3       one-family, but two, possibly three families

4       or four families on each property drawing

5       down on one single well is going to stress

6       the resources in this area to the breaking

7       point.

8            So that would be the last concern I have

9       on the approval of these developments.

10      Thanks.

11           THE CHAIRWOMAN:  Thank you.  Lance

12      Whitman?

13           MR. WHITMAN:  My name is Lance Whitman,

14      I live in Briarcliff Estates.  It's on the

15      east side of Rye Hill.

16           I just have one quick question, as far

17      as you said you were going to dedicate the

18      land, would that be dedicated to the Orange

19      County Land Trust or the Town?

20           MR. SIEMERS:  It would be offered to the

21      Town.  And it's been the Town's policy to

22      accept that open space to that point.

23           MR. WHITMAN:  Okay.  The last question

24      was, I've lived here my whole life as well,

25      we were going to move to Preswick and this

35

1                        Proceedings

2        property was mentioned phase two, three,

3        four, and five for Preswick it's shale.  Are

4        you guys going to -- is it shale, or are you

5        guys digging down, or is it going to be three

6        stories off the ground as far as the proposed

7        homes?

8              VOICE:  There is a lot of ledge there --

9              MR. WHITMAN:  Are you going to be doing

10       basements, or is it just a slab?

11             MR. SIEMERS:  That's not planned yet,

12       that's not finalized.

13             MR. WHITMAN:  Okay, thank you.

14             THE CHAIRWOMAN:  Thank you.

15             Would anyone else like to speak?

16             Okay, so would anyone like to make a

17       motion to close the Public Hearing?

18             MR. TROIANO:  I'll make the motion to

19       close it.

20             THE CHAIRWOMAN:  Would someone like to

21       second that motion?

22             MS. McQUADE:  I'll second the motion to

23       close.

24             THE CHAIRWOMAN:  Those in favor?

25             ALL:  Aye.

36

1                      Proceedings

2          THE CHAIRWOMAN:  And the Chair says aye.

3      Thank you all.

4          (Whereupon the Public Hearing was

5      closed.)

6          THE CHAIRWOMAN:  Now we are moving onto

7      our regular meeting and first on the agenda

8      is Rye Hill Estates and what we have for the

9      owner is Meadow Hill, LLC, owner.

10         And we are going to be -- it's the

11     discussion of 10 lots.

12         MR. SIEMERS:  Hello.  Okay, well, we --

13     the purpose of tonight's meeting for us was

14     to hold the Public Hearing.  I've taken good

15     notes on the questions and I know we have a

16     Stenographer here tonight, we will get the

17     minutes and we will prepare a response

18     document to the Planning Board for review and

19     discussion.

20         MS. SCHWARTZ:  So the public knows, how

21     would they get access to that response,

22     Elisa?

23         THE CHAIRWOMAN:  We could probably get

24     it on the website.

25         MS. SCHWARTZ:  I think that's what we

37

1                          Proceedings

2          would normally do, right?

3                MR. DONNELLY:  It should be placed

4          there --

5                MS. SCHWARTZ:  So when stuff is prepared

6          it will be up there and you guys can --

7                THE CHAIRWOMAN:  It will be on the

8          website --

9                VOICE:  Do we have an estimate on how

10         long?  Should we be checking each day between

11         now and then?

12               MR. DONNELLY:  Well, you have closed the

13         hearing, you must act within 62 days or the

14         project is deemed approved.  What I'm

15         suggesting to you is calendar this, at least

16         for the May meeting.  And if the applicant

17         does not extend the 62 day time period -- I

18         anticipate they would if they haven't

19         provided that information -- then I recommend

20         you disapprove the project --

21               (The speaker cannot be heard.)

22               MR. DONNELLY:  -- we don't need to deal

23         with it now we probably have a couple weeks

24         until the transcript is done and some number

25         of weeks for Mark to put that together.  It

38

1          Proceedings

2      may or may not be done by the April meeting.

3      I think it will be more likely the May

4      meeting.

5          MS. SCHWARTZ:  So we need to make sure

6      it's on our May workshop schedule because if

7      it's not done, we cannot --

8          MR. SIEMERS:  There is a submit date

9      before each meeting, I believe two weeks

10     before a meeting.  So, you know, two weeks

11     before the Planning Board meeting it should

12     show up on the website.

13         THE CHAIRWOMAN:  Two weeks before the

14     next Planning Board meeting if you guys want

15     to check your website.

16         MR. SIEMERS:  Not necessarily the next

17     one because we need to get the minutes.  But

18     I'm just saying two weeks before any Planning

19     Board meeting the public can check the

20     website to see if there is anything up there.

21         (The speaker cannot be heard.)

22         THE CHAIRWOMAN:  Certainly.

23         MS. BINGHAM:  I have a question for the

24     applicant.  The road is cutting through part

25     of the wetlands, I would like to know what

39

1                    Proceedings

2        plans, fauna, endangered species, are there?

3        Are there any animals that need an

4        underground passage under the road?   In

5        certain areas the turtles are getting run

6        over in drastic numbers, as well as the

7        salamanders.   So I would like details on the

8        cut through the wetlands with the road.

9             MR. SIEMERS:   Sure.   So what we've

10       done -- and we actually discussed this I

11       believe in November when we were here.   We do

12       -- the section of wetlands where this road

13       cuts in is basically in a horseshoe so the

14       water that lands at the road crossing in the

15       existing condition goes -- depending on where

16       it lands in that horseshoe either goes

17       towards Ramapo Creek, or it goes towards the

18       wetlands that continue onto the Shea Meadows

19       property.   So it's not really a, you know,

20       flow connection there so we put the road

21       through the narrowest section of the wetlands

22       and connected it with a drainage pipe.   And

23       when we were discussing it with the Planning

24       Board we decided that we would add a second

25       drainage pipe in there at a slightly higher

40

| | |
|---|---|
| 1 | Proceedings |
| 2 | elevation to allow for the travel of any |
| 3 | animals through there. |
| 4 | MS. BINGHAM: Thank you. |
| 5 | THE CHAIRWOMAN: Ward, do you have |
| 6 | anything you want to add? |
| 7 | MR. BROWER: Ward Brower, Conservation |
| 8 | Commission. |
| 9 | Mark, maybe a little bit of |
| 10 | misconception, because the wetlands are going |
| 11 | to be protected regardless of a cluster or |
| 12 | not, so that amount of property of |
| 13 | protection, buffer zone is pretty much fixed |
| 14 | due to law. What you are doing is proposing |
| 15 | adding an additional amount of land to the |
| 16 | already protected land, that's the clustered |
| 17 | land looking at it. |
| 18 | MR. SIEMERS: That's correct. Only a |
| 19 | certain amount of wetlands can be disturbed |
| 20 | by law. What we are doing is removing the |
| 21 | rest of the area from lots so they wouldn't |
| 22 | be privately owned, they will be owned by the |
| 23 | Town, which puts a level of protection over |
| 24 | that area, you know, takes it out of the lot |
| 25 | owner's hands. |

41

1                     Proceedings

2          MR. BROWER:  I just wanted to clarify

3     that point.  Thank you.

4          THE CHAIRWOMAN:  Thank you.

5          Does the Board have anymore questions?

6          Mark, anything you would like to add?

7          MR. EDSALL:  The only addition I have is

8     as part of Mark's additional submittals we

9     had some minor comments on the SWIPP.  And we

10    will look to make sure that that is finalized

11    when all the other application information

12    comes back in.

13         THE CHAIRWOMAN:  Any other comments from

14    the Board?

15         MR. ABRIGNANI:  No.

16         THE CHAIRWOMAN:  I guess not.  Thank

17    you, Mark.

18         MR. SIEMERS:  Thank you very much.

19         (Whereupon the Rye Hill Estates matter

20    ended and the Planning Board continued with

21    the next matter on the agenda.)

22

23

24

25

42

1

2

3

4

5

6

7          THE FOREGOING IS CERTIFIED to be a true

8      and correct transcription of the original

9      Stenographic minutes to the best of my ability.

10

11

12      _____
                Yvette Arnold

13

14

15

16

17

18

19

20

21

22

23

24

25

LAWYER NOTES/ERRATA SHEET

| Page | Line | Change | Reason |
|------|------|--------|--------|
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |

**Print Name:** _____

**Sworn or affirmed to before me this**

_____day of _____, 20_____

_____

**Notary Public**

**A**

A65-6 3:22
ability 29:25 42:9
able 33:23
ABRIGNANI 1:14
  27:9,23 30:14 41:15
abuse 13:12 14:22
  28:11,15 29:2
accept 34:22
access 36:21
accessible 4:21
accessory 5:14 13:11
  14:22 21:22,23 23:8
  23:11,13,17 28:4
  29:10,25
accident 31:25
accommodations
  4:24
accomodation 4:20
acres 7:13,21 10:15
  10:17 15:10
act 37:13
actual 25:11
add 39:24 40:6 41:6
adding 40:15
addition 9:5 41:7
additional 31:13 32:7
  40:15 41:8
adjacent 8:6
adjoin 8:24
adjoining 7:8
ads 14:12,15
adults 15:8
aerial 7:17
aforesaid 4:18
age 29:21
agenda 3:13 36:7
  41:21
ago 33:16
ahead 6:3
allegiance 3:9,10
allow 23:15,17 24:5
  40:2
allowed 10:3 23:12
allowing 4:7 17:10
allows 9:14,16 10:12
amount 27:6 33:8,24
  40:12,15,19
and/or 4:23
Andrizzi 12:8,8,9,11
  12:12 13:6
animals 39:3 40:3
announcement 7:10
answer 20:10,17
answers 25:2

anticipate 37:18
anymore 41:5
apartment 14:22 28:4
  30:2
apartments 13:11,22
applicant 5:8 6:12
  37:16 38:24
applicant's 4:8
applicants 28:8,9
application 4:6 41:11
approval 4:7 11:6
  25:18 30:7,23 34:9
approve 17:15
approved 8:7,8,10,24
  9:12 11:4 20:14
  25:23 26:22 27:2,4
  29:10 37:14
approximately 7:13
  7:20 10:7,10,16
April 38:2
architectural 25:11
  26:21 27:5
architecturals 25:13
area 7:24 9:20 10:6
  11:15,15 33:17 34:6
  40:21,24
areas 9:17,18 39:5
argument 28:24
Arnold 42:12
asked 13:23
assessment 9:6
assistance 4:23
assume 27:16
attorney 2:4 14:17,18
AUDRA 1:18
authorize 17:6
average 12:19 28:7
  28:12
avoid 10:4
awful 28:10 32:16
aye 35:25 36:2

**B**

B 1:11
babies 31:24
baby-sitter 33:6
back 3:5,6 6:9 7:9
  8:21 10:8,11 11:24
  25:21 41:12
Bader 26:9,12,17
  26:25 27:3,13,20,24
  29:7,14 30:9,15
  31:4,12
based 25:20
basements 35:10

basically 10:14 26:13
  39:13
basis 4:9
behalf 6:12
believe 14:23 17:13
  38:9 39:11
Belmont 12:13
benefit 28:10
benefited 28:12
benefiting 28:22
benefits 16:22
Berry 20:16 26:13
  30:18 31:18,18,21
  32:4
best 6:8 42:9
better 5:24 13:18
big 24:22 27:24
biggest 30:10
BINGHAM 1:15
  38:23 40:4
bit 32:18 40:9
blame 15:7
blind 31:22
Block 4:15 7:11
Board 1:2 2:3,4,6
  3:20,25 4:17 5:10
  6:7 9:8,12 10:18
  11:24 13:9,10,10,23
  14:13 15:16,16
  16:10 18:17 27:25
  36:18 38:11,14,19
  39:24 41:5,14,20
border 12:25
borders 19:7
born 32:21,22
break-in 17:25
breaking 34:6
breaks 18:6
Briarcliff 26:5 34:14
brought 14:12 30:10
Brower 2:7 40:7,7
  41:2
buffer 10:12 18:14
  40:13
buffers 11:15 18:21
  18:22
builder 15:19 16:22
  17:7,11
builder's 15:9
builders 17:19
building 17:7,8,22
  18:2,3 27:9,12,15
buildings 13:20 18:7
  18:11
built 14:25 33:5

bulldozing 15:23
bump 25:10
Burger 15:3

**C**

C 2:1
calendar 37:15
called 23:8
calm 15:13
car 31:24
cart 31:5
case 16:3
catch 26:15
ceilings 27:16
Center 1:7 4:4
central 10:22
certain 39:5 40:19
Certainly 38:22
certified 19:6,12 42:7
cetera 5:19
Chair 36:2
CHAIRWOMAN
  1:13 3:2,12 5:6 6:2
  6:18 12:7,9 18:25
  20:12 21:22 22:4,7
  22:23 23:3,22 26:3
  26:6,11 34:11 35:14
  35:20,24 36:2,6,23
  37:7 38:13,22 40:5
  41:4,13,16
chapter 23:7
cheaper 15:24
check 38:15,19
checking 37:10
citizens 29:16
City 1:24
clarify 29:5 41:2
clear 21:5 23:4
cleared 7:16
Clerk 4:24
close 17:12 35:17,19
  35:23
closed 36:5 37:12
closer 19:24
cluster 4:9 9:10,13,14
  9:19 10:2 16:14
  21:16,17,19 22:10
  40:11
clustered 40:16
clustering 13:14
  16:16 17:3,15,16
code 18:8 27:8 28:4
  28:14,20 29:10
come 12:10 15:22
comes 25:21 41:12

coming 12:18 20:6
  32:3
comment 5:18 11:25
  12:3
comments 5:17 41:9
  41:13
Commission 2:7 40:8
community 30:3
comparing 17:3
complete 8:13,15
completely 8:23
  28:20
concern 13:8,11,14
  14:12 16:14,15 17:2
  18:14 27:25 28:5
  30:11 32:19 34:8
concerned 5:7 13:2
concerns 18:9 19:9
  20:4
condition 32:11 39:15
condo 22:2
conducted 9:2
Congers 1:23
connect 8:19,20
connected 39:22
connection 8:14,22
  9:25 10:22 20:21,22
  30:21 39:20
connects 21:3
Conservation 2:7
  40:7
conserve 9:17
consideration 28:2
consists 9:9,19
construction 32:14
contact 4:24
contains 7:20
continue 29:3 39:18
continued 41:20
continues 28:4
control 16:4
corner 7:9 11:18
correct 21:10 30:15
  40:18 42:8
correlation 29:19
corridor 9:3
country's 29:19
County 1:1 10:21
  11:4 34:19
couple 13:15 26:17
  37:23
covered 26:19
crap 16:18,23
create 5:8
creating 30:24

Creek 8:2 11:22
    39:17
crossing 39:14
current 10:24 11:11
    23:6
cut 15:10 30:25 39:8
cuts 39:13
cutting 38:24

**D**

date 38:8
dated 4:25
daughter 22:4
day 4:2 16:6 17:5
    29:21 37:10,17
days 37:13
deal 37:22
DEC 11:12
decided 39:24
decides 17:7
decrease 11:20
dedicate 34:17
dedicated 34:18
dedicating 24:11
dedication 10:19
deemed 37:14
deep 33:21
definition 21:19 22:9
Department 11:5
dependant 8:23
depending 27:20
    39:15
Dephillips 19:2,3,18
    19:18,21,25 20:4,18
    20:23 21:5,11,15,24
    22:6,8,14,20 23:19
    23:23 24:10,13,15
    24:21,24 25:5
described 9:22 30:11
describing 32:2
design 9:13 11:12,17
    25:17,21 26:24,25
designated 4:14
designed 5:16 25:9,11
    27:4
designing 11:9
desired 8:17
details 39:7
detain 11:19
develop 18:10
developed 11:7,10
developing 31:6
development 10:4
    17:18 19:8 24:7
    26:18 33:24

developments 28:16
    32:10 34:9
difference 14:21
different 12:23 28:17
digging 35:5
dimension 10:8
direction 31:20
directly 6:14 7:6 13:3
disabilities 4:22
disadvantage 16:6
disapprove 37:20
disaster 16:6 32:6,7
discharge 11:15
discussed 30:10 39:10
discussing 39:23
discussion 5:5 36:11
    36:19
dissatisfied 29:16,16
district 4:11 7:14
    10:21,25
disturbance 10:5
disturbed 40:19
document 9:5 36:18
documented 14:14
doing 14:5 15:7,23
    16:8,16,21 17:11
    35:9 40:14,20
DONNELLY 2:4
    6:23 23:5,15 25:24
    37:3,12,22
downside 28:14
drainage 5:13 39:22
    39:25
drastic 39:6
draw 29:18
drawing 34:4
drill 33:7
drilled 33:10
drive 12:13 31:17
driveways 5:12
driving 17:5
dry 33:13
due 40:14
dummies 13:25,25
dwelling 23:8,11,18
    27:14
dwellings 28:3

**E**

E 1:11,11 2:1,1
earlier 30:11
easier 12:24
east 6:14 34:15
EDSALL 2:5 27:11
    27:18 41:7

effort 4:20
either 39:16
elements 5:14
elevation 40:2
Elisa 1:13 36:22
empties 30:12 32:2
empty 30:17
emptying 31:14
endangered 39:2
ended 41:20
ends 10:25
enforce 18:13
enforcing 16:2
engineer 2:6 5:22
    14:4
Engineering 6:11
ensure 4:21
ensured 30:2
entire 9:3 10:16
entitled 23:7
entrance 20:15
entrances 23:11
environmental 9:2,6
equally 33:21
equivalent 21:20
erosion 15:11 16:4
especially 28:15
ESQ 2:4
essentially 27:20
Estates 1:6 4:6 12:21
    19:12 20:6 26:5
    34:14 36:8 41:19
estimate 37:9
et 5:19
evening 3:2 6:10
    12:11 19:3
eventually 21:3
everybody 15:14,14
exactly 12:20 13:2
excuse 12:9
existing 7:16 10:5
    39:15
exists 33:17
exit 3:6
exits 3:5
expand 24:7,7
experience 33:16,19
extend 37:17
extremely 32:2,3
    33:18
eyes 17:13

**F**

F 1:11
facilities 5:13

fair 29:17
falling 16:24
familiar 27:8
families 18:12 23:20
    31:9,13 32:8,14
    34:3,4
family 21:25 32:24
    33:4
far 21:8 23:25 34:16
    35:6
farm 20:24
Farms 8:10,21 20:14
    30:6,23
fauna 39:2
favor 15:9 16:21
    35:24
fear 33:24
February 4:25 5:2
    19:7
federally 7:21 8:3
feet 9:21,23,23 10:7
    10:10 18:19,19,19
    18:20 25:13 27:15
    33:12,13
figure 12:15,19
figured 13:18
final 14:9,11 22:15,16
    30:7
finalized 35:12 41:10
fine 23:24
fines 15:24
fire 17:25 18:6
fires 17:24 18:4
first 3:12,13 12:14
    19:11 26:19 36:7
five 27:23,24 28:8,9
    28:11,21,24 29:6,10
    29:15,16 35:3
fixed 40:13
flexibility 9:15
flipped 14:3
floors 27:7
flow 39:20
follows 3:21
foot 17:6,8 25:8,8
    26:22 27:11,16,22
footage 24:20 25:6,20
    26:20
footprint 10:4 25:12
    25:20 26:23 27:21
footprints 25:8,15,16
force 18:23
FOREGOING 42:7
fork 30:18
form 9:6,7

forming 7:21
forth 6:9 9:4
forty-nine 31:11,12
forward 32:9
four 22:11,11 34:4
    35:3
four-family 13:13,23
    23:16
fragile 33:18
free 6:22
front 16:10 18:17
fronting 9:21
further 20:8
future 17:17 24:4,6,8
    30:3

**G**

garages 23:10
GARY 1:14
gee 17:24
Geez 26:9
gesture 6:21
gesturing 6:5
getting 39:5
Gilbert 15:4 17:4
give 6:3,19,25 12:17
given 3:19
glasses 3:18
go 6:2 16:6 17:20
    18:16 31:20,21
goal 14:11
goes 21:2,2 39:15,16
    39:17
going 6:5,8,9 13:21
    14:9 15:2,19,22,25
    16:20 17:11,14,23
    18:4,10,11,13,22,23
    20:7,8 22:14,16,24
    24:15,16 31:6 32:12
    32:15 34:5,17,25
    35:4,5,9 36:10
    40:10
good 3:2 6:10 12:11
    13:7 19:3 24:22
    29:24 36:14
Google 12:16
government 14:8
Grace 33:6
greater 29:24
green 11:13
ground 35:6
group 17:19
guess 21:18 26:9 27:3
    28:13 41:16
guy 12:19 14:4 17:4

**guys** 13:25 35:4,5
37:6 38:14

**H**

**H** 2:4
**half** 12:16
**hands** 40:25
**happen** 15:15,17,18
16:13 17:10
**happened** 15:4,5
**happening** 14:10
**happens** 15:8 24:6
**hatched** 7:23
**hate** 29:18
**hazardous** 31:22 32:3
**head** 31:16,18
**Health** 11:5 13:10
**hear** 5:16 17:24 19:4
19:16
**heard** 4:16 20:3
23:14 24:14 28:6,7
29:7 37:21 38:21
**hearing** 3:14 4:2,17
4:21 5:6,16 19:11
35:17 36:4,14 37:13
**heavily** 28:22
**height** 13:20 27:10,12
28:3
**held** 4:18 5:5
**Hello** 36:12
**helps** 13:6
**Herald** 5:3,3
**hidden** 13:22
**High** 4:13 6:15 7:3
13:4
**higher** 39:25
**hill** 1:6,8 3:14 4:5,6
4:13 5:9 6:14,15 7:2
8:16,23 9:3 10:8,9
12:12,19,20,21
18:11 19:12 20:7,8
20:15,16,19,21
30:19,22 31:19 32:4
34:15 36:8,9 41:19
**hold** 3:25 36:14
**home** 9:10 14:21
21:12 23:5,9,16
27:22
**homes** 12:22 13:23
14:20,25 16:19,22
21:8,9,14 22:11,15
22:17,19 35:7
**hooked** 24:16
**hookup** 30:5
**hope** 33:9

**hopefully** 6:6
**hoping** 27:25
**horse** 31:5
**horseshoe** 7:22 39:13
39:16
**hour** 12:16
**house** 21:25 25:7,12
33:5,11,25 34:2
**households** 31:9
**houses** 24:20 25:7
**housing** 21:17,19,21
**hundred** 18:18 31:13
32:7
**hurt** 16:7

**I**

**idea** 6:25
**identified** 7:11
**image** 7:17
**impact** 9:2
**impervious** 11:15,16
**incorporates** 11:13
11:17
**incorrect** 29:8
**individual** 10:24 11:3
**information** 37:19
41:11
**infrastructure** 5:14
11:13
**inspectors** 18:3
**interested** 4:16
**intersection** 6:16 7:5
20:17 24:4 30:18,24
31:2,14,25 32:5
**invite** 5:17
**involved** 31:24 32:15
33:8
**issue** 5:2
**item** 3:12

**J**

**J** 2:5
**JEROME** 1:17
**job** 14:5
**jotted** 13:15

**K**

**K.J** 13:21 17:20
**KATHRYN** 2:2
**keep** 16:24
**keeping** 28:13
**kind** 16:14
**King** 15:3
**know** 12:14,20,23
13:25 14:3,6,6,7,16

14:18,18 15:9,25
17:9,13 18:2,7,15
18:15,16,18 19:10
20:23 22:9 24:3
27:21 28:6,11,17
29:18,21 30:5 31:15
32:19,21 33:15
36:15 38:10,25
39:19 40:24
**knows** 15:4 36:20

**L**

**Lance** 26:4 34:11,13
**land** 7:13 16:18,23
17:17 23:25 24:12
34:18,19 40:15,16
40:17
**lands** 39:14,16
**law** 3:24 40:14,20
**layout** 4:9 5:19 9:11
10:2
**leads** 3:7
**learned** 21:20 30:4
**leave** 28:14
**ledge** 35:8
**left** 31:18
**let's** 3:8 16:12
**letter** 19:6,13 21:16
**level** 40:23
**levels** 33:22
**liberties** 29:23
**life** 34:24
**limitations** 27:6
**limited** 25:16,19
**Linda** 18:25 19:18
**line** 10:9,10,11,25
11:2
**LISA** 1:16
**list** 5:20 26:2
**literally** 17:22
**little** 3:3 6:7 12:17,25
28:10 32:18 40:9
**live** 12:12,13 26:4,10
26:12 29:21 31:15
31:15 34:14
**lived** 19:10 32:24,25
33:2 34:24
**living** 17:21 21:12,25
23:13,20 32:8
**LLC** 36:9
**located** 4:10,12 5:9
6:13 7:5,8,8,14,18
8:9,11,18 10:7,14
10:20 11:18
**location** 4:15 5:12

7:25
**long** 9:6,23 19:10
37:10
**look** 13:21 41:10
**looked** 21:19
**looking** 28:16 40:17
**lot** 4:15 7:12 9:9,15
9:20 10:9,10 12:23
22:12 24:2 28:10
31:2 32:16 35:8
40:24
**lots** 4:8 5:8,12 9:17
9:20 10:6 22:19
36:11 40:21
**Ludlum** 31:17,21

**M**

**maintain** 9:16 10:3
**major** 28:5
**makeup** 5:14
**map** 4:14 6:4,17 7:3
7:23 25:19
**maps** 7:12 15:5
**March** 1:9 3:4 4:2
**Margaret** 26:13
31:16
**Mark** 2:5 6:2,10
24:25 26:16,17
37:25 40:9 41:6,17
**Mark's** 41:8
**MARY** 1:15
**match** 11:20
**matter** 1:4 41:19,21
**maximize** 16:19
**maximum** 16:22
27:11,15
**McQUADE** 1:16
35:22
**Meadow** 36:9
**Meadows** 8:8,18 30:6
30:12 39:18
**mean** 12:5 14:7 17:18
21:11 22:10 24:4
31:4,7
**means** 21:13
**meant** 21:18
**meet** 9:4
**meeting** 3:4 36:7,13
37:16 38:2,4,9,10
38:11,14,19
**meetings** 13:9 15:16
15:17
**MEMBER** 1:14,15
1:16,17,18,19
**mention** 31:15

**mentioned** 26:20 35:2
**mess** 15:10
**mic** 19:23
**MICHAEL** 2:4
**microphone** 6:8
24:23 25:4
**middle** 7:18 10:14
17:25
**Mike** 12:7,12 23:3
**mine** 1:8 4:5 28:5
**minimum** 9:20
**minor** 41:9
**minutes** 36:17 38:17
42:9
**miraculously** 18:6
**misconception** 40:10
**Monroe** 1:2,7,8 3:20
3:23 4:4,5,12,19 7:7
7:12 11:7 23:6
25:17
**mother** 22:4
**motion** 35:17,18,21
35:22
**mountains** 17:23
**move** 19:23 32:9
34:25
**moved** 32:21,22 33:3
**moving** 36:6
**mud** 15:11
**multi-family** 21:21
**multiple** 33:22
**municipal** 24:17

**N**

**N** 2:1
**name** 6:10 12:11
19:17 25:25 26:10
26:15 34:13
**narrowest** 39:21
**national** 29:19
**nearly** 31:23
**necessarily** 38:16
**need** 23:4 33:21
37:22 38:5,17 39:3
**needed** 33:6
**neighbors** 15:11
33:10,20
**new** 1:1,8,24,24 3:20
3:25 4:5 8:15 11:7
11:12 18:7,8 19:8
30:13
**nice** 24:3
**night** 28:5 29:7
**normally** 37:2
**north** 8:9

[ 4 ]

note 3:5 25:18
notes 13:16 32:17
  36:15
Notice 3:19
November 39:11
number 37:24
numbers 39:6
numerous 12:22

O

O 1:11
O'CONNELL 1:17
  19:23
obviously 16:17
offered 10:18 34:20
offering 17:2
official 25:22
oh 17:10 21:17 24:21
okay 6:21 19:25
  20:20 21:5,15 22:15
  22:20 23:19,23
  24:13,21,24 25:6
  29:13 30:9 34:23
  35:13,16 36:12
old 32:23 33:6
once 17:15 25:11
one-family 21:12
  34:3
open 9:16 10:15,17
  11:14 14:8,8 34:22
opening 21:7
opinion 28:9,19,21
  33:17
opinions 28:18
Orange 1:1,22 10:20
  11:4 34:18
orders 16:2,5
original 42:8
originally 13:17,19
  33:11
outs 25:10
owned 40:22,22
owner 36:9,9
owner's 40:25
owns 14:2,9

P

P 2:1,1
p.m 4:3
paid 14:5
panic 15:13
paper 14:24 16:5
  17:5
paperwork 15:6
parallel 8:16

parcel 6:13 7:11,15
  7:20 10:23
pardon 5:4
part 11:5 30:22,22
  38:24 41:8
particular 17:19
particulars 28:7
passage 39:4
pattern 7:22
pay 15:24
peak 11:20
pedestrian 9:25
pen 6:21
people 5:21,25 14:16
  16:7 17:19 23:13
  24:6 28:11
percentage 28:25
perfect 13:7
period 37:17
permission 3:16
permit 16:4
permits 29:11
personal 29:23
personally 33:7
persons 4:16,22
Pfau 6:11
phase 35:2
picking 17:18
piece 30:4
Pietrzak 6:11
pipe 39:22,25
place 32:12
placed 37:3
plan 5:10 9:11 11:10
  13:16 14:11
planned 35:11
Planning 1:2 2:3,4,6
  3:19,25 4:17 9:8,12
  11:24 13:9 15:16
  16:10 36:18 38:11
  38:14,18 39:23
  41:20
plans 26:21 39:2
plant 7:7
planting 11:16
please 3:5 19:24
  20:12
pledge 3:8,10
point 19:14 25:15
  33:3 34:7,22 41:3
Polack 8:10,21 20:13
  30:6,22
policy 34:21
politicians 15:12
politics 18:15

pollution 11:10
pond 11:17,19
porch 3:7
porches 25:10
portion 8:2
possibility 27:19 29:2
possible 28:10
possibly 34:3
practical 4:4
prepare 36:17
prepared 25:14 37:5
presentation 5:22,24
  6:3
preservation 11:14
Preswick 34:25 35:3
pretty 40:13
prevention 11:10
prior 9:13 32:12
privately 40:22
probably 16:18 31:7
  32:25 36:23 37:23
problems 15:2 16:9
  16:11
Proceedings 3:1 4:1
  5:1 6:1 7:1 8:1 9:1
  10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1
project 5:11,19,23
  6:12 7:8,19,22 8:5,6
  8:13,20,22,25 9:5,7
  9:9 10:3,13,13,16
  10:20 11:2,9,11,23
  14:10 25:14,19
  30:23 31:3 37:14,20
projects 8:7,14,24
  9:25
property 4:8,12 5:9
  7:5 10:11 11:2 19:7
  19:15 34:4 35:2
  39:19 40:12
proposal 5:7,11,15
propose 10:17
proposed 8:6,16,19
  9:21,24 10:2,6,23
  24:19 25:7,7 35:6
proposing 40:14
protected 30:2 40:11
  40:16
protection 40:13,23

provide 10:12
provided 37:19
providing 9:24 10:11
public 3:14 4:2,17 6:6
  11:25 12:3 35:17
  36:4,14,20 38:19
purpose 36:13
Pursuant 3:22
put 15:5,6 16:19 17:7
  25:25 31:5 37:25
  39:20
puts 25:17 40:23
putting 16:21

Q

Queens 33:3
question 4:10 6:13
  12:4 14:20 24:22
  27:3 34:16,23 38:23
questions 5:23 26:18
  36:15 41:5
quick 34:16

R

R 1:11 2:1
rainwater 11:21
raised 32:22
Ramapo 7:25 11:22
  39:17
read 3:15,17 7:10
  16:5 22:9
reading 3:17 17:5
realigned 21:3,4
realigning 30:23
reality 23:19
really 13:16 14:10
  15:22 16:8 39:19
realty 11:5
reason 16:17 17:16
  18:22
reasonable 4:23
received 19:5,12
  21:16
recited 3:11
recollection 29:9
recommend 37:19
record 5:4,5
referring 21:23
refuses 31:20,20
regarding 5:18 26:18
regardless 40:11
regards 21:16
regular 3:4 17:4 36:7
regulated 7:21 8:3
regulations 3:23

11:12
release 11:21
remain 10:17
removed 28:20 29:15
removing 40:20
REPORTING 1:22
represent 31:10
  32:18
requirement 23:12
requirements 9:4
requiring 4:22
resolutions 25:18
resources 34:6
response 36:17,21
rest 40:21
restriction 28:2
review 9:8 36:18
reviewed 11:4 25:22
Reynolds 20:9 21:3
  30:13
RICHARD 1:19
Ridge 4:13 6:15 7:4
  13:4
right 6:20 7:2,4,6,9
  8:5,19,21 13:4 16:8
  16:10,15 19:4,20
  20:2,13 22:16 23:3
  23:23 24:5,13 27:17
  30:13,17 31:12 33:5
  37:2
rights 29:23
road 1:8,23 3:14 4:5
  4:13,13 5:9 6:14,15
  6:15 7:2,4 8:16,23
  9:21,22,24 10:8,9
  12:13 13:4 20:16,16
  20:25 21:4 26:13,14
  30:5,12,17,21 31:16
  32:8 33:5 38:24
  39:4,8,12,14,20
roads 12:18,18
roadway 8:14,15,18
  8:20,21 20:5,5
roadways 5:12
ROCKLAND 1:22
roof 23:21
room 3:6 28:14
RR1 4:11 7:14 27:6
run 8:16,20 39:5
running 8:5
runoff 11:20
runs 7:24
Rye 1:6 3:14 4:6,12
  5:9 6:14,15 7:2 8:16
  8:22 9:3 10:7,9

12:12,18,20,21
18:10 19:11 20:7,8
20:15,16,18,21
30:18,21 31:19
34:15 36:8 41:19

**S**

**S** 2:1
**sacrifice** 29:25
**sacrifices** 29:22
**salamanders** 39:7
**saw** 13:17
**saying** 12:22 38:18
**says** 36:2
**scale** 28:16
**scare** 14:15
**schedule** 38:6
**school** 33:3
**SCHWARTZ** 1:18
24:11,18,25 29:5,12
30:8 36:20,25 37:5
38:5
**second** 8:10 20:21
30:21 35:21,22
39:24
**seconds** 13:15
**secrecy** 14:2 15:20
**Secretary** 2:3
**section** 3:22,24 7:11
39:12,21
**security** 29:20
**see** 6:6 7:17 28:19
38:20
**seeks** 5:8
**seen** 7:23 8:4
**sell** 16:20
**selling** 14:19,23,24
**semantics** 23:10
**Senior** 1:7 4:4
**separate** 8:7 31:3
**served** 10:23
**serves** 8:13
**serviced** 10:21 11:3
**services** 11:16
**set** 9:4
**setback** 32:5
**Seth** 26:6,7,12
**severe** 18:5
**sewage** 24:17
**sewer** 10:21,22
**shady** 18:7
**shale** 35:3,4
**sharing** 28:18
**Shea** 8:8,18 20:6,22
20:22,23 30:6,8,12

39:18
**Shop** 31:17
**show** 6:17 38:12
**shows** 5:11
**side** 6:14 12:17 34:15
**sides** 17:22
**Sidewalk** 9:23
**Siemers** 6:4,10,20,25
13:3 19:16,20 20:10
20:13,20,25 21:10
21:13 22:13,18 24:9
25:3,6 26:16,16,24
27:2 30:20 31:11
34:20 35:11 36:12
38:8,16 39:9 40:18
41:18
**sign** 12:3,4,5,6 32:4
**single** 29:2 34:5
**single-family** 9:10
21:9,13 22:15,17,18
22:19 23:5
**sir** 26:15
**site** 4:10 7:22 8:3,5
**size** 9:15 18:11
**slab** 35:10
**slightly** 39:25
**slowly** 11:21
**small** 3:17 10:4 28:25
**soon** 4:3
**sorry** 7:3 19:16 26:8
**sound** 23:9
**south** 8:11
**southeastern** 8:2
**space** 9:16 10:15,18
11:14 34:22
**speak** 5:21 13:18
25:15 35:15
**speaker** 20:3 22:22
22:24 23:14 24:14
24:23 37:21 38:21
**speaking** 13:16
**special** 4:23
**species** 39:2
**specific** 5:11 9:6
12:17
**specifically** 15:3
**specifics** 5:17
**spend** 12:16
**square** 9:21 17:6,8
24:20 25:6,13,20
26:19,22 27:22
**stand** 3:8 6:23
**standards** 11:8
**standing** 6:20
**start** 3:4 15:23 18:10

18:17 33:4
**State** 1:1 3:24 11:8,12
**statement** 5:3 9:2
21:8 30:16
**statistics** 29:8
**Stenographer** 36:16
**Stenographic** 42:9
**step** 29:3
**stick** 18:23
**stop** 16:4 17:11,17
31:17 32:4
**stories** 18:12 27:17
35:6
**stormwater** 11:9,19
25:16,21
**streams** 9:18
**street** 7:6 15:4 17:4
**stress** 34:5
**stronger** 28:23
**structure** 27:7
**studied** 8:25
**stuff** 37:5
**stuttering** 14:6
**style** 9:15 18:11
**subdivision** 3:23 4:7
4:7 5:7,10 8:8,11
9:10,11,14,19 11:6
20:14
**submit** 38:8
**submittals** 41:8
**submitted** 9:7,12
26:21
**suddenly** 15:5
**sufficient** 33:23
**suggesting** 37:15
**suggestions** 5:18
**supposed** 15:18 17:12
30:25
**sure** 14:14 16:12 25:5
26:3 29:13 38:5
39:9 41:10
**surprised** 13:24
**surrounding** 10:6,15
23:25
**Surveying** 9:12
**SWIPP** 41:9

**T**

**table** 33:14,17,22
**taken** 36:14
**takes** 27:25 40:24
**talk** 15:22 24:23
33:20
**talking** 29:6 32:13
**talks** 24:4

**tapped** 33:25
**tax** 4:14 7:12
**technique** 11:13
**televised** 14:14
**tell** 26:10 32:20 33:7
33:14
**ten** 27:16
**terrorism** 29:20
**tethered** 6:7
**thank** 18:24,25 25:24
34:11 35:13,14 36:3
40:4 41:3,4,16,18
**Thanks** 34:10
**theoretically** 29:14
34:2
**thing** 3:13 22:5 24:4
**things** 29:20
**think** 5:21 16:24
28:23 29:7,17,22
31:9 32:10,23 33:11
36:25 38:3
**thinking** 27:16 31:8
**thought** 21:17 29:12
**thousand** 33:13
**thousands** 29:17
**three** 13:23 27:16,21
32:23 34:3 35:2,5
**three-story** 27:14
**time** 19:10 37:17
**times** 5:3,3 27:21
29:18
**today** 19:5
**tonight** 36:16
**tonight's** 5:6 36:13
**top** 20:18
**total** 25:12
**town** 1:2,7 3:20,23,24
4:11,14,19,24 7:12
8:17 9:3 10:18,24
11:7 12:25 13:3,9
15:16 16:25 23:6
25:17,22 28:25
31:16 34:19,21
40:23
**Town's** 34:21
**townhouse** 22:3,10
23:16,16
**townhouses** 22:13
**trade** 29:17
**traffic** 32:16
**trails** 7:16,18
**transcript** 37:24
**transcription** 42:8
**travel** 40:2
**traverses** 8:2

**treat** 11:19
**treatment** 7:7
**tree** 11:16
**tremendous** 28:15
**TROIANO** 1:19 2:2
3:16 5:20 6:19,22
12:2 35:18
**true** 42:7
**truly** 31:8
**Trust** 34:19
**try** 12:15
**trying** 12:15 15:13
31:21,22 32:5
**turn** 11:24 13:22
**turns** 18:19,19,20
**turtles** 39:5
**TUTINI** 1:13
**two** 3:5 8:6,14,24
23:10,11,20 25:10
27:14 31:24 33:15
34:3 35:2 38:9,10
38:13,18
**two-family** 13:12,12
14:20,21,24 23:9
**type** 7:22 22:4

**U**

**ultimate** 14:11
**um** 14:2,2,2
**underground** 39:4
**understanding** 30:16
**understood** 21:7
**unit** 23:8,13,18
**units** 31:7
**uproar** 15:12
**upside** 28:13
**use** 22:22 25:3
**usually** 27:14
**utilized** 28:23

**V**

**Variance** 18:17
**various** 5:13
**Village** 7:7 12:24
15:3,12
**VOICE** 24:19 25:25
35:8 37:9

**W**

**Wait** 26:6
**waiver** 18:20
**waivers** 18:18
**walls** 17:23 18:5
**want** 3:15 6:2 12:2
15:24 17:16 20:10

24:6,7 38:14 40:6
**wanted** 12:14 41:2
**wants** 15:7,19,21
  17:12
**Ward** 2:7 40:5,7
**warranted** 32:20
**wasn't** 14:19 29:13
  32:22
**watching** 18:4
**water** 7:7 10:24 11:22
  33:9,14,16,22,23
  39:14
**way** 6:24 21:2 29:4
  31:19
**we're** 14:13 17:10,12
**we've** 39:9
**website** 36:24 37:8
  38:12,15,20
**weeks** 37:23,25 38:9
  38:10,13,18
**wells** 11:3,6 24:16
  32:18 33:20
**went** 13:8 14:15
  16:15 33:13
**wet** 11:17,19
**wetland** 18:14
**wetlands** 7:21,25 8:4
  9:17 10:5 16:17
  38:25 39:8,12,18,21
  40:10,19
**Whitman** 26:4,4,8
  34:12,13,13,23 35:9
  35:13
**wide** 9:23 14:8
**wife** 31:19 33:2
**willing** 29:24
**wishfully** 31:8
**withdraw** 14:16
**wooded** 7:15 9:17
  10:6,12
**woodland** 24:2
**work** 16:2,5 23:2 31:2
**workshop** 38:6
**worth** 16:18
**wouldn't** 40:21
**writing** 32:17
**wrong** 15:6,6

**X**

**x** 1:3,7

**Y**

**yeah** 21:24 22:6
  24:21 31:4
**year** 28:8,9,12 29:10

33:12
**years** 17:21,21 32:23
  33:2,16
**Yiddish** 14:24
**yield** 9:11
**York** 1:1,8,24 3:20,25
  4:5 11:7,12
**Yup** 30:14
**Yvette** 42:12

**Z**

**zone** 40:13
**zoning** 4:11 7:14 23:7

**0**

**1**

**1** 4:15 7:11
**1,700** 26:22 27:21
**1,732** 25:13
**10** 4:8 5:8 9:9,20 21:8
  31:6,9,9 36:11
**101** 1:8 4:4
**10590** 4:5
**10956** 1:24
**15,000** 9:20
**15.4** 10:16
**16** 4:25
**18** 5:2

**2**

**2** 1:23
**2,000** 17:6
**20** 10:15 17:21
**2016** 1:9 3:4 4:2,25
  5:2
**21** 7:13 10:17
**276** 3:24
**27th** 19:6
**29** 4:15 7:12

**3**

**30** 9:23 18:20 25:8,8
  32:25
**300** 10:10
**31** 4:15 7:11
**31130** 19:8,19
**330** 10:7
**35** 27:11,15 32:24
  33:2

**4**

**4,000** 17:8 27:22
**4,100** 17:8
**4.7** 7:20

**5**

**50** 18:19 25:8,8

**6**

**600** 33:12
**62** 37:13,17
**634-4200** 1:25

**7**

**7:30** 3:3 4:3
**75** 18:19
**78** 15:10

**8**

**8** 1:9 3:4
**845** 1:25
**892** 9:23
**8th** 4:2



## McGOEY, HAUSER and EDSALL
### CONSULTING ENGINEERS D.P.C.

MARK J. EDSALL, P.E., P.P. (NY, NJ & PA)
MICHAEL W. WEEKS, P.E. (NY, NJ & PA)
MICHAEL J. LAMOREAUX, P.E. (NY, NJ, PA, VT & VA)
MATTHEW J. SICKLER, P.E. (NY & PA)
PATRICK J. HINES

Main Office
33 Airport Center Drive
Suite 202
New Windsor, New York 12553
(845) 567-3100
fax: (845) 567-3232

*Writer's Email:*
*mje@mhepc.com*

Principal Emeritus:
RICHARD D. McGOEY, P.E. (NY & PA)
WILLIAM J. HAUSER, P.E. (NY, NJ & PA)

### TOWN OF MONROE
### PLANNING BOARD
### REVIEW COMMENTS

| | |
|---|---|
| **PROJECT NAME:** | MENDEL BREUER SITE PLAN (CONVERSION OF BARN INTO OFFICE USE) |
| **PROJECT LOCATION:** | 55 OLD COUNTRY ROAD OLD COUNTRY ROAD & LARKIN DRIVE SECTION 2 – BLOCK 1 – LOT 5.112 |
| **PROJECT NUMBER:** | 12-008 |
| **DATE:** | 8 MARCH 2016 |
| **CONSULTANT:** | AFR ENGINEERING & SURVEYING |
| **PLAN DATE:** | Rev. 10 - Dated 2-16-16 |
| **DESCRIPTION:** | THE APPLICATION PROPOSES THE CONVERSION OF A BARN INTO AN OFFICE USE. THE APPLICATION WAS PREVIOUSLY REVIEWED AT THE 11 SEPTEMBER 2012, 5 FEBRUARY 2013, 2 SEPT 2014, 7 OCTOBER 2014\*\*, 14 OCTOBER 2014, 2 JUNE 2015\*\*^, 9 JUNE 2015, 6 OCTOBER 2015 \*\*^ , 5 JANUARY 2016\*\* , 2 FEBRUARY 2016\*\*^, 9 FEBRUARY 2016 AND 1 MARCH 2016\*\*^ PLANNING BOARD MEETINGS. |

\*\* indicates worksession meeting      ^ indicates applicant failed to appear

1.  The applicant's engineer has submitted a new revised plan. All issues appear to be corrected with the exception of one item which has been mentioned multiple times, which I can not find the appropriate correction on the plans:

    -   The trench detail for utilities within the town road is still wrong. The backfill for the entire depth must be NYSDOT Item No. 4 ( not just the top 8")

2.  The Attorney for the Planning Board has advised that this application is Type II under SEQRA, but requires a Public Hearing prior to consideration of any approvals.

Respectfully Submitted,

Mark J. Edsall, P.E., P.P.
Engineer for the Town

MJE/st
Monroe12-008-08Mar2016

• Regional Office • 111 Wheatfield Drive • Suite 1 • Milford, Pennsylvania 18337 • 570-296-2765 •

ACEC      Member



**McGOEY, HAUSER and EDSALL**
**CONSULTING ENGINEERS D.P.C.**

MARK J. EDSALL, P.E., P.P. (NY, NJ & PA)
MICHAEL W. WEEKS, P.E. (NY, NJ & PA)
MICHAEL J. LAMOREAUX, P.E. (NY, NJ, PA, VT & VA)
MATTHEW J. SICKLER, P.E. (NY & PA)
PATRICK J. HINES

Main Office
33 Airport Center Drive
Suite 202
New Windsor, New York 12553
(845) 567-3100
fax: (845) 567-3232

*Writer's Email:*
*mje@mhepc.com*

Principal Emeritus:
RICHARD D. McGOEY, P.E. (NY & PA)
WILLIAM J. HAUSER, P.E. (NY, NJ & PA)

### TOWN OF MONROE
### PLANNING BOARD
### REVIEW COMMENTS

| | |
|---|---|
| **PROJECT NAME:** | KATZMAN SITE PLAN |
| **PROJECT LOCATION:** | NYS ROUTE 17M (NORTH MAIN STREET) |
| | SECTION 25 – BLOCK 3 – LOT 11 |
| **PROJECT NUMBER:** | 15-007 |
| **DATE:** | 8 MARCH 2016 |
| **CONSULTANT:** | T.M. DEPUY ENGINEERING & SURVEYING |
| **PLAN DATE:** | Rev . 2 – Dated 08/14/15 (2-sheet set) |
| **DESCRIPTION:** | THE APPLICATION WAS PREVIOUSLY REVIEWED AT THE 7 JULY 2015 AND 1 MARCH 2016** PLANNING BOARD MEETINGS. |

** denotes worksession meeting

1. The property is located on Route 17M at the Village of Harriman municipal line. The property is in the GB (General Business) and Route 17M Buffer Overlay Districts. The application was referred to the Planning Board by the Code Enforcement Officer.

   This application involves prior approvals which were not completed and are now part of final plans intended to properly complete such approvals. A copy of the Zoning Board of Appeals decision (favorable interpretation) dated September 2006 were also circulated for reference.

2. The Board has requested a narrative and copies of the old minutes to review prior discussions and actions prior to approval action.

3. The Board should review with the Attorney for the Planning Board, any procedural steps needed to close out this application.

Respectfully Submitted,

Mark J. Edsall, P.E., P.P.
Engineer for the Town

MJE/st   Monroe15-007-08Mar2016.doc