# MaryEllen Beams

**From:** Claus H. Luhrssen <clauser@optonline.net>
**Sent:** Thursday, April 07, 2016 4:59 PM
**To:** MaryEllen Beams
**Subject:** Yes Agree With Proposed Moratorium

Monday, April 4, 2016

## Moratorium Public Hearing

The Monroe community like many others has been victimized by the past "National Real-Estate Bubble" and the resulting negative effect it has had on the value of our homes. To date, Monroe's resale home prices are at their lowest, one can drive through our community and see abandon residential properties.

But in the case of the Town of Monroe, we also have been victimized during this same period of economic down turn by a corrupt town board supervisor and his majority board members and a group from the village of Kiryas Joel, better known as the KJPE (Kiryas Joel Power Elite) who are not only abusing our community, but their own residence in the Village of Kiryas Joel. Theirs and Supervisor Harley Doles agenda, appears to be to reduce the value of our community to the benefits of the KJPE, such as causing abandon properties and low residential selling prices for their own personal greed.

Fortunately, the Monroe community prevailed in the last town board election and now are operating with an honest representative majority board, with consideration for all the people in Monroe, without the past boards planned deception, lies, greed and hidden agendas. They (the new board) are attempting in a transparent matter to repair the past damage to our community.

**This being said Supervisor Harley Doles, I am in agreement with our planning consultant that we take a pause in all present construction, for at least the recommended ninety days, longer if needed, to give serious review of the present direction of our comprehensive plan, zoning codes and tree codes and to protect the community from its present destructive direction.**

For the boards' further consideration, I would like all recommendation to be accompanied by an action and enforcement plan which has been lacking in the past. Consideration regarding wild life and maintaining of abandon property should be part of the review

process. An answer as to why we have in the Town of Monroe a growing number of abandon and foreclosures properties, but yet so many new developments?

Claus H. Luhrssen   Monroe New York

Cristina Kiesel
311 Orchard Hill Road
Monroe, NY 10950

April 5, 2016

Town Board – Monroe NY
Att: Supervisor Harley Doles
Town Councilmen – Mike McGinn, Tony Cardone, Gerard McQuade, Ric Colon
Cc: Town Clerk Mary Ellen Beams
1465 Orange Turnpike
Monroe, NY 10950

Re: Public Hearing, Proposed 90 day moratorium on residential building

My name is Cristina Kiesel, and I am a 20 year resident of the Town of Monroe. I am in favor of the proposed moratorium. I have been attending Town Board meetings for approximately the past 12 years. I feel that builders and developers have been given far too much leeway in this town for far too long. I vividly recall our past Supervisor Sandy Leonard stating that preserving open space in the Town of Monroe was essentially unnecessary, because we have Sterling Forest and Harriman State Park.

As many of the speakers at last night's public hearing stated – we have limited resources: trees, air, water, open space for all to enjoy. We regularly accept parkland fees from developers in lieu of park land. Why? We are giving away the store. The job of our elected representatives is not to cater to builders and developers who clearly do not have the best interests of the townspeople at heart. We witnessed this first-hand at the public hearing when they sent in their attorneys to threaten us with multi-million dollar lawsuits.

What we need is a strong comprehensive master plan, a tree code, qualified planning and zoning board representatives and laws with "teeth" to enforce our zoning regulations that will not allow for loopholes and grandfathering, and will impose stiff penalties for violators. As for accessory apartments- I felt from the very beginning that this was a recipe for disaster. There is way too much potential for abuse of this law. An accessory apartment should be limited in size and not nearly the square footage of the primary residence. Let's get rid of the sewer density bonus that give developers the ability to build almost 4 times as many homes on a lot without sewer. Let's allow the newly hired planning consultants the time to revise and strengthen our zoning so that we can leave our children with open space to enjoy, clean air to breathe, clean water to drink and trees to shade us and absorb pollution. Zoning was put in place for a reason – let's make Monroe the wonderful town it once was and still has the potential to be, and pass this moratorium so that we can do that before it is too late.

Sincerely,

*Cristina Kiesel*
Cristina Kiesel

RECEIVED
APR - 5 2016
Town of Monroe
Town Clerk's Office

4/12/16

My name is Iris Conques and I am an 18 year resident of the unincorporated town of Monroe. All the clearcutting that's going on is breaking my heart. We are taking homes away from the wildlife when we clearcut. We have many homes already built that are for sale, including 2 homes in my neighborhood that have been abandoned for years. One of these houses even already has a ramp out front, great for a family w/ a physically disabled member.

I have no problem living within a mix of different types of people, but I don't feel any one group of people is above another. We need to care about the earth and our resources.

Thank you for your time.

Sincerely,
Iris Conques

RECEIVED
APR 15 2016
Town of Monroe
Town Clerk's Office

# Alexandria Trovato

| | |
|---|---|
| **From:** | Stefanie Goldin <stefanie.slade@gmail.com> |
| **Sent:** | Sunday, April 17, 2016 9:12 PM |
| **To:** | Patricia; Alexandria Trovato |
| **Subject:** | Support of Moratorium Comments |

**RECEIVED**
APR 1 8 2016
Town of Monroe
Town Clerk's Office

To the Monroe Town Board,

I support a building moratorium in the Town of Monroe. As an aside, I wish that the proposed moratorium covered all of Monroe, particularly the Village of Monroe, but as the saying goes, I will take what I can get.

There is presently a staggering number of large-scale development projects on the table throughout Monroe. I understand that not all building can be stopped. I understand that people need homes, and that businesses need brick and mortar structures in which to operate. But we must keep in mind that our planet Earth is round. It does not go on forever. There will be no new land produced. (In fact, Earth's land mass will likely only shrink as climate change accelerates.) There will be no new water produced, particularly our precious fresh water. The forests that clean our air, cool our atmosphere, and define our landscape take decades, if not centuries, to grow. In effect, once paradise has been paved, it is lost. So as building projects are proposed, I desperately urge the town, planning and zoning boards to take a long, hard look with a scrupulous lens at each, and comprehensively. We need to be making smart decisions about how we use our fragile resources. I understand that in today's "Home Depot" world, it is often easier, faster, and cheaper to build something new than it is to repair something old. But is that the smartest choice? The most sustainable choice? The choice with the most longevity? The desirable choice for those of us who have already invested our lives and our children's lives in Monroe? From young families to retiring senior citizens, most people surveyed today would say that they desire walkable communities. Aesthetically pleasing, economically balanced, healthy villages with a variety of adequate housing in walking distance of shops, restaurants, other businesses, and especially parks. Throughout history, save for the anomaly of the suburbanization of America throughout the past 60 or so years, such places have organically emerged because they simply make social, environmental, and economic sense. These communities, from large urban centers to small mountain villages, are supported by surrounding rural landscapes. Local farming provides food to communities without the need for a complex, costly, and dirty global supply chain. Much of the natural world is left largely intact - animal species can thrive in their habitats, fields can absorb rainwater, clean water can flow into our communities, forests can filter carbon.

Sadly, I am not so naive as to think that Monroe will regrow forests or bring back the farms that once dominated its local economy anytime soon, or even ever. I am even skeptical that it can revive its downtown village to the level of prosperity and "charm" that I am sure I am not alone in imagining each time I take my kids to the park and pizza parlor. But I would be doing a disservice to all of us who at one time or another fell in love with what I think all of its residents believed to be somewhat of a "quaint, mountain town," and especially to my children, if I did not stand up for preserving what is left of Monroe's natural and economic resources. I did in fact fall in love with Monroe almost four years ago for its breathtaking mountain views, the wildlife-full woods across the street from our house (which are also painfully slated for clearing pending our neighbors' subdivision application before the village planning board), and the stellar Monroe-Woodbury school district. I lay awake at night lamenting what will be left of those mountain views when my young children grow up - only one generation from now. I wonder, "will they still have the pleasure of waking at sunrise and watching deer graze in the woods and eagles nest high in the tree tops of the woods?" "What will be left of local vendors at the farmers market as family farm after family farm succumbs to the deep pockets of real estate developers?" Most immediately concerning, with the number and scale of housing projects on the table, I wonder, "will overcrowding the district bring down the quality of education that we have been investing in and counting on for them?" "Will our tax bill rise so high with all these new residents needing the same water, sewer, etc. services that we are forced to leave our home?" All of these fears seem very real these days in Monroe. So if we cannot make smart planning decisions for ourselves and our own investments and quality of life, perhaps, I beg, we can do it out of a moral obligation to considering what will be left for the next generation?

Urgently, we need to take a pause, and a step back. We need to look at the big picture, which I would argue has not been done for quite a long time by Monroe's planning and zoning boards. How does each project fit into the larger plan for the community? How are we preserving the best of what we already have? Aside from each project on its own, collectively, is what we are building and the way we are building it sustainable in the long-term, both environmentally and economically? I argue that there are better methods. Clear-cutting is not inevitable. Open space preservation actually has a lot of economic and other benefits for a town. Smart planning can lure the kinds of businesses downtown that will thrive and

bring life and hope back to our community. Contrary to what many economists would like us to think, perpetual, exponential growth, is not only not inevitable, but it is simply unsustainable on a round planet with finite resources - the most finite among them being physical space. I am a follower of the "Strong Towns" movement (http://www.strongtowns.org/), which actually details growth as a ponzi scheme, featuring a modest, short-term illusion of wealth in exchange for enormous, long-term liabilities. I argue that here in Monroe, we desperately need to grow stronger, not larger.

Thank you for taking my support of the proposed moratorium and review of Monroe's comprehensive plan into consideration.

Sincerely,

Stefanie Goldin



Monroe, NY 10950

RECEIVED

APR 18 2016

Town of Monroe
Town Clerk's Office

2

**Alexandria Trovato**

RECEIVED
APR 21 2016
Town of Monroe
Town Clerk's Office

| | |
|---|---|
| **From:** | Mike Endrizzi <mmmend@frontiernet.net> |
| **Sent:** | Thursday, April 21, 2016 4:23 PM |
| **To:** | Alexandria Trovato |
| **Subject:** | FW: LAST DAY TO GET A LETTER OR EMAIL TO TOWN OF MONROE----EVERYONE MUST BE HEARD |

**From:** Mike Endrizzi [mailto:mmmend@frontiernet.net]
**Sent:** Thursday, April 21, 2016 4:22 PM
**To:** andrea.volpe; AJ Roberts; Anthony Sizian; Anthony/Matt Salatto; Antonio Rojas; Bob Williams; Carlton Marseille; Carlton Marseille; Chiarina Rogers; Chris Quinones; Chuck Crover; CLAUS H. LUHRSSEN; Dan Scarazzini; Darrell Schneider; dean&denise; Edward Devine; Ernie Nematz; Ethan Weinstein; garrett schimmel ; gian portanova; harry hill; Jack Rallo; James Rupolo; Jeff & Christine Manson; Jim Banville/Religious; Joe Yurman; Keith Gardener; lauraipp@optonline.net; Laurie Mullarkey; Legion/Kurt Haug; Mike/Steven Gerencser; mitchell aftel; Mr. & Mrs. Heuberger; Mr. & Mrs. Leonick; Perren Cardenas; Rich Toledo; ron prestia; S.P.Schurmann
**Subject:** LAST DAY TO GET A LETTER OR EMAIL TO TOWN OF MONROE----EVERYONE MUST BE HEARD

    Just to start off...IF you have not read the Times Herald Record this morning pages 4 & 5 EVERYONE SHOULD!!! AND YOUR SHOULD BE WORRIED!!
    And last week's articles regarding the secret meetings "OUR" county Executive and others has had with leaders of Kiryas Joel...
    If you think YOUR voice doesn't count, you are being foolish and are part of the problem...Everyone's voice  counts!!!
    The article in today's paper is exactly what is going to happen to Monroe and our borders Harriman, Woodbury, Central Valley, Chester and Blooming Grove.
    Property--hundreds of acres are being purchased or have been purchased years ago.  And are just starting to get approvals for residential housing and commercial buildings.

    Until now because of our new Town Board members  they are FINIALLY  going to take a look at the  Town's Comprehensive Master-Plan...Really!!?? This should have
    been done every five years to help control the growth and population and preserve OUR quality of life.. But NO "our" elected officials for whatever reasons political,
    monetary or some other personal gain has sold our once beautiful town down the drain...The plan hasn't been updated for almost 12 years!!

    I know everyone is busy working, kids, sports what have you..BUT if you sit back and just complain to your neighbors/friends without helping to save "OUR" town
    or thinking ahh someone else will be there to speak up..That's just not good enough!!! The once tree lined, quite neighborhoods will become no grass or trees,  concrete "low income"  multifamily housing developments..in the city they are called the projects....
    and town houses not conducive to our way of life.. I have attended many meetings..Town of Monroe, Zoning and planning boards  for the amount of people that live in this       community it is mind boggling how many people don't attend!!!  This is "YOUR" neighborhood, if each and everyone does not act now this will no longer be YOUR neighborhoods!!!

    I will inform you very simply what needs to be done....EVERYONE must send our esteemed Town Board Supervisor Harley Doles and other board members (especially cc. Mr. Cardone, McGinn and Mr. Colon)

1

whether you live in the unincorporated Town of Monroe, Village of Monroe or the surrounding towns I mentioned above...Send an e-mail TODAY....Tomorrow is the cut off for written comments and it's a holiday not sure if they will be in...

The email/Letter must state that **you are FOR a review and changes (Moratorium) of the outdated Comprehensive Master Plans** to protect the environment, natural resources-water, clean air, open space, wildlife habitats, controlled growth, 2 to 3 acre lots minimum between houses not the half acre or less allowed now.    REPEAL the automatic accessory apartments (which means, every house will have an apartment-which can and will be rented, which means another family (not necessarily family members- like grandma) living in a "single family"          residence...If people need this type of arrangement let them go through the permit process themselves...Right now the Rye Hill Corridor proposals ask for every "single family" residence will have 2 families living in them...between the 3 projects slated I believe the number was 319 new families.....Now figure out how many cars that will add to these already dangerous posted intersections!!!!!!!!!  The same goes for the Gilbert Street development....

The Moratorium will put a temporary hold on projects for 90 days so the Board could review and hopefully put in place smart future planning to save OUR QUALITY OF LIFE!!! The reason why most of us moved here. Or those that were raised here.. This moratorium can be extended if need be...
    * Large scale out of town builders are getting paid millions to put these developments in..they care nothing about our homes and life style..
    * Property owned  then sold (rolling over)  should NOT be allowed to be "grandfather claused" in from old zoning requirements....This MUST stop...
        they MUST be required to get current permits & update their development plans for current/zoning and code requirements..
    * Repeal automatic accessory apartments..
    * Developers/Builders  MUST not be allowed to pay off parkland fees in lieu of open green space  on EVERY new development.......(as is currently accepted).
    *  Zoning permits and planning permits Must be re-registered for Current regulations & Stop the Years of extensions upon extensions  granted for property seeking development...
    * High Density housing is not conducive to our rural lifestyle...( let's stop worrying about people who do not live here yet!!)
    * Wet-lands    since when is building surrounding accessing wet land allowed...who will be watching the runoff from this building into the Ramapo River??? Silt, oil, diesel fluid.....
    * Local small scale business owners/ existing homeowners should be exempt from obtaining permits for patios, oil tank removals, pools, lawns, drainage issues  we should not be looking to blanket  and destroy our local craftsmen on small scale projects....
    * LLC's  owner must be required to reveal who they represent..(this is a way developers hide behind the scenes..)
    * Town, Zoning, Village, Ethics and Preservation and Building Inspector committees should be meeting regularly to discuss issues and enforcement monitoring....
    * Why allow clear cutting of trees  if building permits have NOT been obtained???  Makes no-sense!!
    * With all these proposed projects and hundreds of new home owners where are the resources of fresh drinking water coming from for well owners..
    * Global warming is a fact..weather patterns are changing when it's hot its hot! The much needed snow fall for our streams and lakes was nonexistent this year, severe storms and tornados unheard of years ago in our area..
    * Volunteer services of ambulance and fire departments are they capable of handling all these new developments..What happens if there is a multiple disaster?? I know we don't have enough volunteers to handle this scenario!!   Maybe we should look into paid employees and bill the developers and new incoming homeowners.....

Our Town and Village Boards should be held accountable to the citizens that live here now.. We are the ones who are paying these high taxes and for the most part doing what is right for our community, we volunteer, we help

clean our town, support our Veterans are the future homeowners going to do the same?? Our schools are already bursting at the seams 23 students some with issues is a lot for 1 teacher to handle for each class....

For awhile I will admit I stopped going to meetings because of the same old rhetoric of some community members that just seemed to want to antagonize the board officers. I'm not into that. As well as the unprofessional conduct of some board members. We are all neighbors wanting the same thing..what's best for our families and investment of our homes... Please take the time and send out an email If you want to write a letter instead...**I will personally pick it up from you and hand deliver it tomorrow Friday April 22 ..if the office is not open I will bring it to a board members house....THIS IS THE DEADLINE!!!!!**

You can clip and paste if need be....I will be sending this entire email directly to our Town Board.....OR you can go onto the Town of Monroe Website and look under contacts and write directly onto their page and sent it..(though not sure how much you can write space may be limited)...

TONIGHT I will be attending the Village of Bloomingburg's meeting 7pm...to see what mess our future holds......if anyone wants to join me.....
Sorry this is long winded BUT this is extremely important.......Thank You   Maria Endrizzi

RECEIVED
APR 21 2016
Town of Monroe
Town Clerk's Office

## Alexandria Trovato

| | |
|---|---|
| **From:** | Ernest Nematz <enematzscouting@gmail.com> |
| **Sent:** | Friday, April 22, 2016 12:01 PM |
| **To:** | Alexandria Trovato |
| **Subject:** | Town Moritoriun |

We are FOR a review and change to look into the zoning and property laws in our town..
Ernest and Dawn Nematz 63 hogh Ridge Road Monroe, NY

**RECEIVED**
APR 2 2 2016
Town of Monroe
Town Clerk's Office

## Alexandria Trovato

| | |
|---|---|
| From: | Lorie Palacio <romethan@yahoo.com> |
| Sent: | Friday, April 22, 2016 12:35 PM |
| To: | Alexandria Trovato |
| Subject: | Town review |

RECEIVED
APR 22 2016
Town of Monroe
Town Clerk's Office

**I am FOR a review and changes (Moratorium) of the outdated Comprehensive Master Plans** to protect the environment, natural resources-water, clean air, open space, wildlife habitats, controlled growth, 2 to 3 acre lots minimum between houses not the half acre or less allowed now.      REPEAL the automatic accessory apartments (which means, every house will have an apartment-which can and will be rented, which means another family (not necessarily family members- like grandma) living in a "single family"           residence…If people need this type of arrangement let them go through the permit process themselves…Right now the Rye Hill Corridor proposals ask for every "single family" residence will have 2 families living in them…between the 3 projects slated I believe the number was 319 new families…..Now figure out how many cars that will add to these already dangerous posted intersections!!!!!!!!!  The same goes for the Gilbert Street development….

    The Moratorium will put a temporary hold on projects for 90 days so the Board could review and hopefully put in place smart future planning to save OUR QUALITY OF LIFE!!! The reason why most of us moved here. Or those that were raised here.. This moratorium can be extended if need be…
    * Large scale out of town builders are getting paid millions to put these developments in..they care nothing about our homes and life style..
    * Property owned  then sold (rolling over)  should NOT be allowed to be "grandfather claused" in from old zoning requirements….This MUST stop…
    they MUST be required to get current permits & update their development plans for current/zoning and code requirements..
    * Repeal automatic accessory apartments..
    * Developers/Builders  MUST not be allowed to pay off parkland fees in lieu of open green space  on EVERY new development…….(as is currently accepted).
    *  Zoning permits and planning permits Must be re-registered for Current regulations & Stop the Years of extensions upon extensions  granted for property seeking development…
    *  High Density housing is not conducive to our rural lifestyle…( let's stop worrying about people who do not live here yet!!)
    * Wet-lands   since when is building surrounding accessing wet land allowed…who will be watching the runoff from this building into the Ramapo River??? Silt, oil, diesel fluid…..
    * Local small scale business owners/ existing homeowners should be exempt from obtaining permits for patios, oil tank removals, pools, lawns, drainage issues  we should not be looking to blanket  and destroy our local craftsmen on small scale projects….
    * LLC's  owner must be required to reveal who they represent..(this is a way developers hide behind the scenes..)
    * Town, Zoning, Village, Ethics and Preservation and Building Inspector committees should be meeting regularly to discuss issues and enforcement monitoring….
    * Why allow clear cutting of trees  if building permits have NOT been obtained??? Makes no-sense!!
    * With all these proposed projects and hundreds of new home owners where are the resources of fresh drinking water coming from for well owners..

    * Global warming is a fact..weather patterns are changing when it's hot its hot! The much needed snow fall for our streams and lakes was nonexistent this year, severe storms and tornados unheard of years ago in our area..

    * Volunteer services of ambulance and fire departments are they capable of handling all these new developments..What happens if there is a multiple disaster?? I know we don't have enough volunteers to handle this scenario!! Maybe we should look into paid employees and bill the developers and new incoming homeowners…..

  Our Town and Village Boards should be held accountable to the citizens that live here now.. We are the ones who are paying these high taxes and for the most part doing what is right for our community, we volunteer, we help clean our town, support our Veterans are the future homeowners going to do the same?? Our schools are already bursting at the seams 23 students some with issues is a lot for 1 teacher to handle for each class….

Sent from my iPhone

RECEIVED
APR 2 2 2016
Town of Monroe
Town Clerk's Office

# Alexandria Trovato

**From:** Andrew Lawrence <golawco@yahoo.com>
**Sent:** Friday, April 22, 2016 12:41 PM
**To:** Alexandria Trovato
**Subject:** I support the motion for a moratorium because SEQRA is violated.

Ladies and Gentlemen:

The Town of Monroe Zoning Code as currently applied does not comply with the original State Environmental Quality Review Act that was processed as the law was enacted. I believe that the "accessory apartment" category is being abused, and thus the results now extant do not reflect the SEQRA examination. The code as now applied to this category is an effective end-run around SEQRA.

Accordingly, a new SEQRA process must be applied and the zoning law be reexamined. The new review must cover the results of the current mis-application of the zoning code, as well as examine what the result of a new code will mean for the Town after completion of a new SEQRA review. The term of the moratorium should extend to the time necessary to complete the SEQRA process.

Sincerely,

Andrew Lawrence
88 Osseo Park
Monroe, NY 10950



RECEIVED
APR 2 2 2016
Town of Monroe
Town Clerk's Office

1

**Alexandria Trovato**

| | |
|---|---|
| From: | Michael Salatto <michael.salatto@gmail.com> |
| Sent: | Friday, April 22, 2016 12:55 PM |
| To: | Alexandria Trovato |
| Subject: | Concerned Citizen |

RECEIVED
APR 2 2 2016
Town of Monroe
Town Clerk's Office

I am for a review and changes (Moratorium) of the outdated Comprehensive Master Plans to protect the environment, natural resources-water, clean air, open space, wildlife habitats, controlled growth, 2 to 3 acre lots minimum between houses not the half acre or less allowed now.     REPEAL the automatic accessory apartments (which means, every house will have an apartment-which can and will be rented, which means another family (not necessarily family members- like grandma) living in a "single family" residence. If people need this type of arrangement let them go through the permit process themselves.

 The Moratorium will put a temporary hold on projects for 90 days so the Board could review and hopefully put in place smart future planning to save OUR QUALITY OF LIFE!!! The reason why most of us moved here. This moratorium can be extended if need be.

            * Large scale out of town builders are getting paid millions to put these developments in..they care nothing about our homes and life style..
            * Property owned  then sold (rolling over)  should NOT be allowed to be "grandfather claused" in from old zoning requirements....This MUST stop...
              they MUST be required to get current permits & update their development plans for current/zoning and code requirements..
            * Repeal automatic accessory apartments..
            * Developers/Builders  MUST not be allowed to pay off parkland fees in lieu of open green space  on EVERY new development.......(as is currently accepted).
            *  Zoning permits and planning permits Must be re-registered for Current regulations & Stop the Years of extensions upon extensions  granted for property seeking development...
            *  High Density housing is not conducive to our rural lifestyle...( let's stop worrying about people who do not live here yet!!)
            * Wet-lands    since when is building surrounding accessing wet land allowed...who will be watching the runoff from this building into the Ramapo River??? Silt, oil, diesel fluid.....
            * Local small scale business owners/ existing homeowners should be exempt from obtaining permits for patios, oil tank removals, pools, lawns, drainage issues  we should not be looking to blanket  and destroy our local craftsmen on small scale projects....
            * LLC's  owner must be required to reveal who they represent..(this is a way developers hide behind the scenes..)
            * Town, Zoning, Village, Ethics and Preservation and Building Inspector committees should be meeting regularly to discuss issues and enforcement monitoring....
            * Why allow clear cutting of trees  if building permits have NOT been obtained???  Makes no-sense!!
            * With all these proposed projects and hundreds of new home owners where are the resources of fresh drinking water coming from for well owners..
            * Global warming is a fact..weather patterns are changing when it's hot its hot! The much needed snow fall for our streams and lakes was nonexistent this year, severe storms and tornados unheard of years ago in our area..
            * Volunteer services of ambulance and fire departments are they capable of handling all these new developments..What happens if there is a multiple disaster?? I know we don't have enough volunteers to handle this scenario!!  Maybe we should look into paid employees and bill the developers and new incoming homeowners.

1

Sincerely,

Michael Salatto
16 Links Court
Monroe, NY 10950
**RECEIVED**

APR 2 2 2016

Town of Monroe
Town Clerk's Office

# MaryEllen Beams

| | |
|---|---|
| From: | Claus H. Luhrssen <clauser@optonline.net> |
| Sent: | Friday, April 22, 2016 3:00 PM |
| To: | MaryEllen Beams |
| Subject: | Yes to Moratorium |

**RECEIVED APR 22 2016 Town of Monroe Town Clerk's Office**

Friday, April 22, 2016                    Yes Vote for Moratorium

In spite of Monroe Town Supervisor Harley Doles and his Kiryas Joel puppet masters effort at a massive campaign of a large-scale psychological manipulation and contradictory ideas regarding a moratorium and zoning changes, I remain in favor of our Town Board`s appointed planning consultants` recommendations. See the following recommendation I submitted to the Town Board, Monday April 4, 2016.

Claus H. Luhrssen          Monroe New York          10950

t


**Monday, April 4, 2016          Moratorium Public Hearing**

The Monroe community like many others has been victimized by the past "National Real-Estate Bubble" and the resulting negative effect it has had on the value of our homes. To date, Monroe`s resale home prices are at their lowest, one can drive through our community and see abandon residential properties.

But in the case of the Town of Monroe, we also have been victimized during this same period of economic down turn by a corrupt town board supervisor and his majority board members and a group from the village of Kiryas Joel, better known as the KJPE (Kiryas Joel Power Elite) who are not only abusing our community, but their own residence in the Village of Kiryas Joel. Theirs and Supervisor Harley Doles agenda, appears to be to reduce the value of our community to the benefits of the KJPE, such as causing abandon properties and low residential selling prices for their own personal greed.

Fortunately, the Monroe community prevailed in the last town board election and now are operating with an honest representative majority board, with consideration for all the people in Monroe, without the past boards planned deception, lies, greed and hidden agendas. They (the new board) are attempting in a transparent matter to repair the past damage to our community.

This being said Supervisor Harley Doles, I am in agreement with our planning consultant that we take a pause in all **present construction, for at least the recommended ninety days, longer if needed, to give serious review of the present direction of our comprehensive plan, zoning codes and tree code and to protect the community from its present destructive direction.**

For the boards` further consideration, I would like all recommendation to be accompanied by an action and enforcement plan which has been lacking in the past. Consideration regarding wild life and maintaining of abandon property should be part of the review process. An answer as to why we have in the Town of Monroe a growing number of abandon and foreclosures properties, but yet so many new developments?

Claus H. Luhrssen          Monroe New York

1