TOWN BOARD OF THE TOWN OF MONROE
ORANGE COUNTY: STATE OF NEW YORK
-----------------------------------------------------------------------X
IN THE MATTER of the Petition of

HIGHVIEW PROPERTIES D.H.F. INC.

for a hardship variance under the Town's
Moratorium under Local Law No.1 of 2016
-----------------------------------------------------------------------X

**TO:  THE TOWN BOARD OF THE TOWN OF MONROE, NEW YORK:**

Petitioner HIGHVIEW PROPERTIES D.H.F. INC., pursuant to Section 3 of Town Local Law No. 1 entitled "Implementing a Moratorium on the Development of Residential Property of the Unincorporated Town of Monroe, New York" (the "Moratorium"), respectfully petitions the Town Board for a hardship variance from the application of the Moratorium as follows:

1.      Petitioner is a duly formed and existing business corporation organized under the laws of the State of New York, with offices at 27 Route 210, Stony Point, New York, 10980.

2.      Petitioner is the owner of premises, being a portion of the premises conveyed to the Petitioner by deed dated July 25, 1986 and recorded in the Orange County Clerk's Office at Liber 2550, page 288, said premises being designated on the Town Tax Maps as Section 29, Block 1, Lot 29.52, consisting of 134.11 +/- acres (the "Property").

3.      Petitioner has obtained Conditional Final Subdivision Approval for its proposed subdivision of the Property, known as Henry Farms Realty Subdivision,: from the Town Planning Board, as set forth in the "Resolution of Final Subdivision, Site Plan, Special Exception Use Permit, Local Wetlands Disturbance Permit for Henry Farms Realty Subdivision [Highview Properties D.H.F., Inc.]" (the "Resolution") dated April 14, 2015.

1

4.      The Resolution approved a subdivision of the Property into 65 single family detached residential dwelling lots and 50 townhouse units, one commercial lot (for future development) and six lots to be dedicated to the Town.

5.      The original application to the Planning Board for the project was filed in May, 2000. Preliminary Subdivision Approval was granted on or about June 8, 2004. The Planning Board acted as Lead Agency under SEQRA and filed a Final Environmental Impact Statement on or about February 13, 2004. The Planning Board issued its Lead Agency SEQRA Findings Statement on or about May 4, 2004.

6.      Pursuant to Section 3 of the Moratorium, the following are submitted herewith, on two (2) compact discs, in consideration of this Petition:

1. Resolution of Approval Final Subdivision Site Plan, Special Exception Use Permit, Local Wetlands Disturbance Permit for Henry Farms Realty Subdivision [Highview Properties D.H.F., Inc. filed with the Town Clerk on April 15, 2015.

2. Henry Farm Estates Draft Environmental Impact Statement dated July 26, 2002.

3. Henry Farm Estates Final Environmental Impact Statement revised print date February 13, 2004.

4. Lead Agency SEQRA Findings Statement- Henry Farm Estates, adopted May 4, 2004.

5. Henry Farms Realty Subdivision approved full plan set last revised March 2, 2015.

6. Henry Farms Subdivision Stormwater Pollution Prevention Plan last revised December 2010.

7. Water Supply Approval:
   A Henry Farm Estates Water Supply Report dated December 15, 2003.
   B. Henry Farm Estates Water Supply Permit Application dated March 4, 2005.
   C. New York State Department of Health Approval of Plans for Public Water Supply Improvement dated June 17, 2008.

- 2 -

D. New York State Department of Environmental Conservation Water Supply Approval and 401-Water Quality Certification dated November 21, 2005.

8. Orange County Department of Health Realty Subdivision Approval:
A  Approval of Plans for Henry Farms Subdivision Realty Subdivision letter dated April26, 2016.
B.  OCHD approved and signed Henry Farms Realty Subdivision plan set last revised April I, 2016.

9. Orange County Department of Health Water Main Extension Approval:
A. Approval of plans and specifications letter dated September 17, 2007. B.   Water Main Extension Technical Specifications dated September 2007.
C.  Water System to Serve Henry Farms Engineering Report last revised July, 2007.
D.  Orange County Health Department Signed Water System to serve Henry Farms plan set last revised July 25, 2007.

10.  Orange County Department of Health Offsite Highview Road Water Main Extension Preparation:
A.  Application for Approval of Plans for Public Water Supply Improvement
B.  Highview Road Technical Specifications dated October 2008.
C.  Water Main Extension to serve Highview Road plans last revised January 20, 2016.
D.  Mark Edsall email to Town Board for application signature dated April21, 2016.

11. New York State Department of Environmental Conservation (NYSDEC) and Moodna Basin Sewer Commission (Moodna) Sewer Main Extension Approval:
A.  Application for Approval of Plans for a Wastewater Disposal System signed by Moodna Sewer Administrator
B.  NYSDEC Approval of Plans and Specifications for the Sanitary Sewer Extension, Municipal Pump Station and Grinder Pump Stations to Serve Henry Farms Subdivision dated April16, 2010.
C.  NYSDEC Re-approval of Plans and Specifications for the Sanitary Sewer Extension, Municipal Pump Station and Grinder Pump Stations to Serve Henry Farms Subdivision dated March 17, 2015.
D.  Sewer Main Extension to serve Henry Farms Engineering Report last revised March 2010.
E.  Henry Farms Subdivision Technical Specifications for Submersible Pumping Station last revised March 2010.
F.  Henry Farms Subdivision Technical Specifications for Sewer Extension last revised May 2009.
G. NYSDEC signed Sewer Main Extension to serve Henry Farms plan set last revised 2010-03-23.

12. New Yor4 State DEC SPDES General Permit# GP-0-10-01:
    A. Notice of Intent dated February 13, 2011.
    B. MS4 SWPPP Acceptance Form dated February 23, 2011.
    C. NYSDEC Acknowledgement of Notice of Intent dated March 22, 2011.

13. Department of the Army Wetland Mitigation Approval:
    A. Department of the Army Permit Application Number NAN-2007-01031- WOR Mitigation Approval dated September 3, 2014.
    B. Department of the Army Permit Application Number NAN-2007-01031-WOR Jurisdictional Letter dated July 20, 2010.
    C. Henry Farms ACOE Wetland Disturbance Maps last revised June 13,2014. D. Henry Farms ACOE Wetland Creation and Enhancement Plan last revised October 20, 2011.

14. Orange County Department of Public Works Entrance Approval Letter dated July 28,2006.

15. Pietrzak & Pfau, PLLC submittal letter to Planning Board containing Road Specifications for Town Roads waiver prepared by Town Highway Superintendent dated November 12, 2014.

16. Town Board Actions required by Conditional Final Approval Resolution: Formation:
    A. Blustein, Shapiro, Rich & Barone, LLP letter to Town Board regarding Drainage District, Sidewalk Waiver, Conservation dated December 4, 2015.
    B. Drainage District Formation:
        i.    Blustein, Shapiro, Rich & Barone, LLP letter to Town Board regarding Petition to form Henry Farm Drainage District dated February 22, 2016.
        ii.   Drainage District Formation Short Environmental Assessment Form.
        iii.  Map, Plan & Report for Drainage District Formation Henry Farms Subdivision dated November 2015.

7.      Any other documents required by the Town Board shall be provided by the Petitioner upon request.

8.      Upon information and belief, there are no outstanding municipal violations affecting the Premises.

9.      The outstanding conditions in the Resolution are:

a.  Formation of Drainage District: Petitions have been filed with the Town Board and a public hearing was scheduled and subsequently cancelled because of the implementation of the Moratorium;

b.  Dedication of open space parcels shown on the Plat: Request was made to the Town Board for resolution accepting dedication of the parcels;

c.  Waiver of sidewalks per Town Code § A63-13(E):  Request was made to the Town Board for resolution waiving sidewalks as shown on the Plat, per recommendation of the Planning Board.

d.  Payment of any required fees and posting of any required bonds.

10.    The Petitioner seeks a variance exempting the Henry Farms Realty Subdivision, approved by the Planning Board by the Resolution, from the terms of the Moratorium.  Such variance from the Moratorium will not result in a variance from the previous conditions and decisions of the Planning Board in adopting the Resolution.

11.    The approved subdivision is and will continue to be consistent and comply with all previous decisions and findings of the Planning Board and the Town Board.

12.    The Petitioner is not presently in front of the Planning Board or Zoning Board of Appeals requesting a waiver from any previous approval or finding.

13.    Petitioner has had no return on its investment in the development of the Property since filing its subdivision application in the year 2000.

14.    Since 2000, Petitioner has invested in excess of $1,940,328.67 in the acquisition and approval process (see annexed Schedule "A" of itemized expenses), and has paid in excess of $500,000.00 in real estate taxes and insurance premiums over that time period.

15.     Currently, the only remaining actions to be had by the Town Board and the Planning Board to accomplish the filing of the approved subdivision map are essentially administrative. All such actions were contemplated in the SEQRA review of the project, and the findings of the lead agency on the FEIS for the project found no adverse environmental impacts.

16.     Petitioner hereby seeks a variance, as defined in the Moratorium, from the terms thereof in the form of an exemption from the prohibitions of the Moratorium, so as to allow Petitioner to meet all conditions in the Resolution, allow for the signing and filing of the approved subdivision plat, to allow for the issuance of development and building permits for the installment of all required infrastructure required by the approval, and the construction of the dwelling units thereon.

17.     Based on the foregoing, the Petitioner is suffering a severe hardship without the relief requested herein as Petitioner is prohibited from realizing any economic return on its investment in the Property. The Property is located in a residential district, the approved development of the Property has been exhaustively reviewed under SEQRA and all involved agencies, leading to the conclusion by the Planning Board in the Resolution that:

> "The Planning Board has determined that approval of this final subdivision will substantially serve the public convenience, safety and welfare in that the land to be subdivided is of such character that it can be used safely for building purposes without danger to health or peril from fire, flood or other menace. Further, the arrangement, location and width of streets, their relation to the topography of the land, water supply, sewage disposal, drainage, lot sizes and arrangement, the possible future development of adjoining land as yet un-subdivided are all appropriate and consistent with the requirements of the master plan, the official map, the Town of Monroe Subdivision Regulations and applicable zoning regulations, subject to compliance in full with conditions hereinafter imposed."

WHEREFORE, your Petitioners pray that the Town Board take such steps and such actions as may be necessary to grant the relief sought in this petition.

Dated: Goshen, New York
      May 27, 2016

Respectfully,

JAY R. MYROW, ESQ.
BLUSTEIN, SHAPIRO, RICH & BARONE, LLP
Attorneys for Petitioner
10 Matthews Street
Goshen, New York 10924
(845) 291-0011

HIGHVIEW PROPERTIES D.H.F. INC.

By: _____
     William Helmer, President

## VERIFICATION

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF ORANGE    )

    I, William Helmer, being duly sworn depose and say that:  I am the President of the Petitioner named above, and I have read the foregoing Petitioner, and know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

                                                          William Helmer

Sworn to before me on this
27th day of  May, 2016

Notary Public

JAY R. MYROW
Notary Public, State of New York
No. 02MY6053208
Qualified in Orange County
Commission Expires January 8, 20 19

# Schedule "A"

**Highview Properties DHF, Inc.**
**Schedule of Capitalized Costs**

| | Date | Check # | Payee | Amount | Sub-Totals by Payee |
|---|---|---|---|---|---|
| **2010 - Site Fees** | | | | | |
| Total - 1985-2002 | | | | 658,633.76 | 658,633.76 |
| Check | 09/11/2007 | 505 | ERS Consultants, Inc. | 7,500.00 | |
| Check | 04/22/2010 | 578 | ERS Consultants, Inc. | 525.00 | 8,025.00 |
| Check | 11/20/2008 | 539 | Heritage Custom Homes | 1,200.00 | 1,200.00 |
| Check | 04/26/2005 | 435 | Jacobowitz & Gubits LLP | 117.70 | 117.70 |
| Check | 02/11/2004 | 386 | JAMES G. SWEENEY | 600.00 | |
| Check | 02/24/2004 | 390 | JAMES G. SWEENEY | 300.00 | |
| Check | 02/24/2004 | 393 | JAMES G. SWEENEY | 800.00 | |
| Check | 05/28/2004 | 398 | JAMES G. SWEENEY | 600.00 | |
| Check | 06/15/2004 | 401 | JAMES G. SWEENEY | 1,200.00 | |
| Check | 11/16/2004 | 414 | JAMES G. SWEENEY | 2,689.59 | |
| Check | 05/03/2007 | 494 | JAMES G. SWEENEY | 1,800.00 | |
| Check | 01/07/2010 | 567 | JAMES G. SWEENEY | 750.00 | |
| Check | 06/04/2010 | 584 | JAMES G. SWEENEY | 300.00 | |
| Check | 02/07/2011 | 614 | JAMES G. SWEENEY | 300.00 | |
| Check | 03/10/2011 | 623 | JAMES G. SWEENEY | 3,150.00 | |
| Check | 05/10/2011 | 627 | JAMES G. SWEENEY | 600.00 | 13,089.59 |
| Check | 01/22/2010 | 569 | JOHN PETROCCIONE | 500.00 | 500.00 |
| Check | 10/31/2013 | 712 | NYS Department of Enviommental | 100.00 | |
| Check | 02/06/2015 | 757 | NYS Department of Enviommental | 50.00 | |
| Check | 09/23/2015 | 772 | NYS Department of Enviommental | 110.00 | 260.00 |
| Check | 10/10/2012 | 678 | NYS DES | 14,370.00 | |
| Check | 11/09/2012 | 683 | NYS DES | 100.00 | 14,470.00 |
| Check | 02/20/2008 | 522 | ORANGE COUNTY DEPT OF HEALTH | 9,750.00 | 9,750.00 |
| Check | 05/28/2004 | 397 | PIETRZAK & PFALL | 5,030.00 | |
| Check | 09/01/2004 | 409 | PIETRZAK & PFALL | 5,000.00 | |
| Check | 09/01/2004 | 413 | PIETRZAK & PFALL | 10,000.00 | |
| Check | 02/08/2005 | 426 | PIETRZAK & PFALL | 10,000.00 | |
| Check | 04/26/2005 | 434 | PIETRZAK & PFALL | 2,329.27 | |
| Check | 07/01/2005 | 440 | PIETRZAK & PFALL | 476.25 | |
| Check | 09/13/2005 | 446 | PIETRZAK & PFALL | 535.00 | |
| Check | 12/06/2005 | 455 | PIETRZAK & PFALL | 10,435.00 | |
| Check | 12/06/2005 | 456 | PIETRZAK & PFALL | 262.50 | |
| Check | 06/20/2006 | 468 | PIETRZAK & PFALL | 810.00 | |
| Check | 12/19/2006 | 482 | PIETRZAK & PFALL | 7,250.00 | |
| Check | 05/08/2007 | 496 | PIETRZAK & PFALL | 10,041.25 | |
| Check | 05/08/2007 | 497 | PIETRZAK & PFALL | 3,625.00 | |
| Check | 07/31/2007 | 504 | PIETRZAK & PFALL | 7,250.00 | |
| Check | 11/29/2007 | 512 | PIETRZAK & PFALL | 5,000.00 | |
| Check | 03/27/2008 | 526 | PIETRZAK & PFALL | 6,082.50 | |

|  | Date | Check # | Payee | Amount | Sub-Totals by Payee |
|---|---|---|---|---|---|
| Check | 06/03/2008 | 529 | PIETRZAK & PFALL | 5,941.50 | |
| Check | 08/07/2008 | 534 | PIETRZAK & PFALL | 6,000.00 | |
| Check | 11/20/2008 | 541 | PIETRZAK & PFALL | 6,268.40 | |
| Check | 06/03/2009 | 552 | PIETRZAK & PFALL | 2,982.50 | |
| Check | 10/02/2009 | 561 | PIETRZAK & PFALL | 4,000.00 | |
| Check | 10/28/2009 | 562 | PIETRZAK & PFALL | 600.00 | |
| Check | 02/03/2010 | 571 | PIETRZAK & PFALL | 797.50 | |
| Check | 02/03/2010 | 572 | PIETRZAK & PFALL | 1,536.00 | |
| Check | 02/24/2010 | 575 | PIETRZAK & PFALL | 3,000.00 | |
| Check | 04/22/2010 | 579 | PIETRZAK & PFALL | 3,619.90 | |
| Check | 06/30/2010 | 587 | PIETRZAK & PFALL | 3,000.00 | |
| Check | 09/01/2010 | 591 | PIETRZAK & PFALL | 3,000.00 | |
| Check | 10/06/2010 | 598 | PIETRZAK & PFALL | 2,932.50 | |
| Check | 10/18/2010 | 599 | PIETRZAK & PFALL | 2,310.55 | |
| Check | 10/20/2010 | 601 | PIETRZAK & PFALL | 700.00 | |
| Check | 12/06/2010 | 606 | PIETRZAK & PFALL | 2,300.00 | |
| Check | 12/06/2010 | 607 | PIETRZAK & PFALL | 700.00 | |
| Check | 12/28/2010 | 609 | PIETRZAK & PFALL | 2,648.75 | |
| Check | 01/26/2011 | 611 | PIETRZAK & PFALL | 3,000.00 | |
| Check | 03/01/2011 | 616 | PIETRZAK & PFALL | 3,000.00 | |
| Check | 03/11/2011 | 617 | PIETRZAK & PFALL | 1,750.00 | |
| Check | 05/10/2011 | 626 | PIETRZAK & PFALL | 3,000.00 | |
| Check | 06/08/2011 | 629 | PIETRZAK & PFALL | 6,245.55 | |
| Check | 07/29/2011 | 633 | PIETRZAK & PFALL | 4,000.00 | |
| Check | 08/09/2011 | 634 | PIETRZAK & PFALL | 2,135.00 | |
| Check | 08/26/2011 | 637 | PIETRZAK & PFALL | 3,000.00 | |
| Check | 09/15/2011 | 640 | PIETRZAK & PFALL | 2,756.55 | |
| Check | 11/22/2011 | 648 | PIETRZAK & PFALL | 3,000.00 | |
| Check | 12/02/2011 | 651 | PIETRZAK & PFALL | 3,017.25 | |
| Check | 12/23/2011 | 652 | PIETRZAK & PFALL | 3,000.00 | |
| Check | 03/05/2012 | 658 | PIETRZAK & PFALL | 4,700.00 | |
| Check | 04/10/2012 | 661 | PIETRZAK & PFALL | 2,083.75 | |
| Check | 05/07/2012 | 665 | PIETRZAK & PFALL | 1,406.25 | |
| Check | 05/31/2012 | 667 | PIETRZAK & PFALL | 2,295.00 | |
| Check | 09/24/2012 | 676 | PIETRZAK & PFALL | 2,721.25 | |
| Check | 10/25/2012 | 682 | PIETRZAK & PFALL | 385.00 | |
| Check | 02/15/2013 | 691 | PIETRZAK & PFALL | 385.00 | |
| Check | 06/27/2013 | 702 | PIETRZAK & PFALL | 312.50 | |
| Check | 05/29/2014 | 736 | PIETRZAK & PFALL | 6,576.75 | |
| Check | 09/16/2014 | 744 | PIETRZAK & PFALL | 2,443.75 | |
| Check | 02/06/2015 | 759 | PIETRZAK & PFALL | 5,844.37 | |
| Check | 06/15/2015 | 766 | PIETRZAK & PFALL | 32,098.25 | |
| Check | 10/29/2015 | 777 | PIETRZAK & PFALL | 7,343.00 | |
| Check | 12/14/2015 | 783 | PIETRZAK & PFALL | 903.75 | |
| Deposit | 10/31/2014 | | Reimbursement for Bills - Cks 743 & 744 | -3,358.02 | 240,509.32 |

|  | **Date** | **Check #** | **Payee** | **Amount** | **Sub-Totals by** **Payee** |
|---|---|---|---|---|---|
| Check | 01/08/2004 | 383 | TIM MILLER ASSOC | 10,000.00 | |
| Check | 02/11/2004 | 385 | TIM MILLER ASSOC | 10,000.00 | |
| Check | 05/04/2004 | 395 | TIM MILLER ASSOC | 16,000.00 | |
| Check | 06/15/2004 | 402 | TIM MILLER ASSOC | 10,000.00 | |
| Check | 08/05/2004 | 404 | TIM MILLER ASSOC | 3,619.97 | |
| Check | 09/01/2004 | 412 | TIM MILLER ASSOC | 3,805.89 | |
| Check | 11/22/2004 | 416 | TIM MILLER ASSOC | 1,817.61 | |
| Check | 01/05/2005 | 419 | TIM MILLER ASSOC | 1,817.61 | |
| Check | 01/31/2005 | 423 | TIM MILLER ASSOC | 2,591.01 | |
| Check | 03/21/2005 | 430 | TIM MILLER ASSOC | 3,277.48 | |
| Check | 04/26/2005 | 436 | TIM MILLER ASSOC | 6,833.13 | |
| Check | 08/20/2005 | 438 | TIM MILLER ASSOC | 1,000.00 | |
| Check | 08/04/2005 | 443 | TIM MILLER ASSOC | 2,453.26 | |
| Check | 09/13/2005 | 447 | TIM MILLER ASSOC | 2,733.21 | |
| Check | 02/17/2006 | 460 | TIM MILLER ASSOC | 1,223.46 | |
| Check | 08/20/2006 | 471 | TIM MILLER ASSOC | 4,837.86 | |
| Check | 11/03/2006 | 477 | TIM MILLER ASSOC | 5,000.00 | |
| Check | 01/25/2007 | 484 | TIM MILLER ASSOC | 37,481.26 | |
| Check | 05/15/2007 | 498 | TIM MILLER ASSOC | 3,830.85 | |
| Check | 04/22/2010 | 580 | TIM MILLER ASSOC | 2,978.75 | |
| Check | 05/11/2010 | 582 | TIM MILLER ASSOC | 684.35 | |
| Check | 06/30/2010 | 586 | TIM MILLER ASSOC | 759.50 | |
| Check | 08/03/2010 | 589 | TIM MILLER ASSOC | 520.00 | |
| Check | 09/01/2010 | 592 | TIM MILLER ASSOC | 1,175.00 | |
| Check | 10/20/2010 | 600 | TIM MILLER ASSOC | 455.00 | |
| Check | 11/04/2010 | 602 | TIM MILLER ASSOC | 568.40 | |
| Check | 02/07/2011 | 613 | TIM MILLER ASSOC | 2,783.40 | |
| Check | 03/04/2011 | 618 | TIM MILLER ASSOC | 4,054.24 | |
| Check | 03/10/2011 | 621 | TIM MILLER ASSOC | 924.20 | |
| Check | 07/06/2011 | 630 | TIM MILLER ASSOC | 3,244.20 | |
| Check | 08/19/2011 | 636 | TIM MILLER ASSOC | 2,624.23 | |
| Check | 10/09/2011 | 644 | TIM MILLER ASSOC | 1,479.30 | |
| Check | 12/02/2011 | 649 | TIM MILLER ASSOC | 2,700.35 | |
| Check | 01/10/2012 | 653 | TIM MILLER ASSOC | 4,577.05 | |
| Check | 03/27/2012 | 659 | TIM MILLER ASSOC | 1,092.40 | |
| Check | 04/16/2012 | 662 | TIM MILLER ASSOC | 1,043.50 | |
| Check | 05/03/2012 | 664 | TIM MILLER ASSOC | 2,193.60 | |
| Check | 07/03/2012 | 669 | TIM MILLER ASSOC | 1,629.93 | |
| Check | 10/09/2012 | 677 | TIM MILLER ASSOC | 1,248.60 | |
| Check | 10/25/2012 | 681 | TIM MILLER ASSOC | 135.00 | |
| Check | 01/08/2013 | 686 | TIM MILLER ASSOC | 713.28 | |
| Check | 05/08/2013 | 696 | TIM MILLER ASSOC | 290.00 | |
| Check | 06/27/2013 | 701 | TIM MILLER ASSOC | 1,212.00 | |
| Check | 08/28/2013 | 707 | TIM MILLER ASSOC | 145.00 | |
| Check | 12/31/2013 | 716 | TIM MILLER ASSOC | 2,030.00 | |

| | Date | Check # | Payee | Amount | Sub-Totals by Payee |
|---|---|---|---|---|---|
| Check | 03/27/2014 | 728 | TIM MILLER ASSOC | 1,100.00 | |
| Check | 06/03/2014 | 737 | TIM MILLER ASSOC | 1,193.83 | |
| Check | 09/16/2014 | 743 | TIM MILLER ASSOC | 4,272.28 | |
| Check | 12/14/2015 | 781 | TIM MILLER ASSOC | 355.00 | 176,504.99 |
| Check | 05/18/2006 | 467 | TOWN OF MONROE | 5,000.00 | |
| Check | 11/14/2006 | 479 | TOWN OF MONROE | 5,000.00 | |
| Check | 10/02/2009 | 560 | TOWN OF MONROE | 7,500.00 | |
| Check | 02/22/2010 | 574 | TOWN OF MONROE | 6,000.00 | |
| Check | 06/22/2010 | 585 | TOWN OF MONROE | 4,000.00 | |
| Check | 03/07/2011 | 620 | TOWN OF MONROE | 3,000.00 | |
| Check | 08/19/2011 | 635 | TOWN OF MONROE | 3,000.00 | |
| Check | 09/23/2015 | 771 | TOWN OF MONROE | 743.54 | 34,243.54 |
| Check | 07/01/2005 | 439 | USB | 2,125.00 | 2,125.00 |
| Check | 02/04/2013 | 690 | Vesper Enviornmental | 3,011.27 | 3,011.27 |
| | | | | 1,162,440.17 | 1,162,440.17 |

Other Cost Basis:

Land & Closing Costs 777,888.50

Total Cost Basis 1,940,328.67