COPY

```
 1

 2            M O N R O E   T O W N   B O A R D

 3               P U B L I C   H E A R I N G

 4
                     EXTENSION OF MORATORIUM
 5                         DECISIONS
           GOLDEN RAY, BMG HOLDING, HENRY FARMS, CHAB 5,
 6              CONGREGATION B'NAI LUZER.

 7                      Monroe, New York

 8                     September 14, 2016

 9

10                    Monroe Senior Center

11                       101 Mine Road

12                      Monroe, New York

13

14   PRESENT:

15   SUPERVISOR HARLEY DOLES        DAVID LYNCH, ESQ

16   COUNCILMAN ANTHONY CARDONE

17   COUNCILMAN MICHAEL McGINN

18   COUNCILMAN GERARD McQUADE

19

20   ALSO PRESENT:

21   RONALD S. KOSSAR
     402 East Main Street
22   Middletown, NY 10940

23

24

25
```

PROCEEDINGS

1
2          SUPERVISOR DOLES:  This is the
3    special meeting for seven o'clock.  If we could all
4    rise for the pledge of allegiance.
5          (Pledge of allegiance.)
6          SUPERVISOR DOLES:  Good evening,
7    ladies and gentlemen, and thank for your attendance.
8    This is kind of a big moment in the history in the
9    Town of Monroe.  We are here to review and vote on
10   the five hardship variances that had been subject to
11   the moratorium.
12         Please let the record show in
13   attendance is our Councilmen McGinn, McQuade,
14   Cardone and Supervisor Doles, as well as Counsel for
15   the Town of Monroe, Dennis Lynch, as well Alex
16   Lavado, our Deputy Town Clerk.
17         There are five hardship variances.
18   Many of you are aware of the issues, many of you
19   have opined, you voiced your support or concerns, or
20   your rejection of some of these, and we listened.
21   This is the way it will unfold this evening.  It
22   will be done in the following way.  First we'll
23   have, unless there is a prohibition or a procedural
24   issue that I am not aware of, and that's what Mr.
25   Lynch is here for, to advise us, we'll list first

PROCEEDINGS

1   Golden Ray, then BMG Holding, Henry Farms, CHAB 5,
2   and then Congregation B'nai Luzer.
3              That being said, I believe Counsel,
4   Mr. Lynch, would probably like to make an opening
5   remark regarding some of these, however he would
6   like to move forward with it either on an individual
7   basis or in a collective way, that's probably
8   something counsel is more familiar with than anybody
9   here.
10             MR. LYNCH:  Thank you,
11  Mr. Supervisor.  Given that there has been a written
12  threat of litigation by one of the attorneys present
13  tonight, I would recommend that we briefly adjourn,
14  very briefly adjourn to executive session so that I
15  could outline that particular threat and it's impact
16  on tonight's proceedings.
17             I would ask the Board to consider
18  going into executive session briefly based upon the
19  threatened litigation.
20             MR. McGINN:  I'll make that motion.
21             MR. McQUADE:  Second.
22             SUPERVISOR DOLES:  Let me just add to
23  this.  I know that Mr. Lynch and Mr. Nugent have not
24  only mentioned it to the public but also written
25  that this is pretty much of an ordinary tactic that

PROCEEDINGS

1   is used to try to stop boards from doing what they
2   consider to be vital for the public good.  So I
3   believe that we need to listen to Mr. Lynch.  We've
4   already listened to the threat of being sued and
5   it's not something which we are unaccustomed to.  I
6   know that other communities in the surrounding areas
7   they have been threatened and they have been sued
8   and they prevailed.
9                   MR. McGINN:  Can we just call this to
10  vote?  Let's have a conversation in the back.  Let's
11  call this to a vote, and have a conversation in the
12  back.
13                  SUPERVISOR DOLES:  That these threats
14  are not something that are extraordinary.  That
15  these tactics are something that is used by these
16  developers to be able to put us in a position that
17  we're supposed to tremble, and we're not going to
18  tremble this evening.
19                  MR. McGINN:  I say yes.  Mr. Doles,
20  let's go into executive session.
21                  SUPERVISOR DOLES:  Call the question,
22  call the question.
23                  ALL:  Aye.
24                  (Board enters executive session.)
25                  MR. McGINN:  I make a motion to come

PROCEEDINGS

1   out of executive session.
2              MR. McQUADE:  I'll second.
3              SUPERVISOR DOLES:  Call the question.
4              ALL:  Aye.
5              SUPERVISOR DOLES:  The first item
6   here is going to be Golden Ray.  We need a motion.
7              MR. McGINN:  I make a motion that we
8   deny the application.
9              SUPERVISOR DOLES:  We need a second.
10             MR. CARDONE:  Second.
11             SUPERVISOR DOLES:  Any discussion?
12             MR. McQUADE:  Was that worded
13  correctly, Mr. Lynch?
14             MR. LYNCH:  If you wish to deny the
15  application, it's worded correctly.  The motion was
16  to deny the application for a variance for a waiver
17  from the moratorium law.  That was the motion as I
18  understood it.
19             SUPERVISOR DOLES:  Any further
20  discussion?  Call the question.
21             ALL:  Aye.
22             MR. LYNCH:  What is the next, Mr.
23  Supervisor?
24             SUPERVISOR DOLES:  BMG Holding.
25             MR. LYNCH:  There is a memorandum

PROCEEDINGS

1   which I want to give to the Board members.
2   (Handing.)  Let the record reflect that I am handing
3   out a memorandum of that particular case.
4              MR. CARDONE:  I will make a motion to
5   deny the variance or waiver from the moratorium for
6   BMG Monroe I, LLC.
7              MR. McGINN:  I'll second it.
8              SUPERVISOR DOLES:  Any discussion?
9              MR. McQUADE:  Just because my hearing
10  isn't great, I was dealing with loud stuff today.
11  You said deny, right?
12             MR. CARDONE:  Yes.
13             MR. McQUADE:  Okay, I'm sorry.  Thank
14  you.
15             MR. LYNCH:  I think the application
16  was to make a motion to deny the application for a
17  waiver for an exemption from the hardship
18  moratorium.
19             MR. McQUADE:  I understand.
20             MR. McGINN:  There was a second.
21             SUPERVISOR DOLES:  Any further
22  discussion?  If not, I'll call the question.
23             MR. McGINN:  Aye.
24             MR. McQUADE:  Aye.
25             MR. CARDONE:  Aye.

PROCEEDINGS

1          SUPERVISOR DOLES:  I abstain for
2   reasons which was stated in the previous public
3   hearing regarding BMG.
4          SUPERVISOR DOLES:  The next item is
5   Henry Farms.
6          MR. LYNCH:  Just for the record,
7   Supervisor, what's the other name of that particular
8   one?
9          MR. McGINN:  Henry Farms?
10         SUPERVISOR DOLES:  Henry Farms.
11  Highview Properties.
12         MR. LYNCH:  For the record I am
13  handing out a Memorandum of Highview Properties, DHF
14  Inc.
15         MR. McQUADE:  I'd like to make the
16  motion on DHF Incorporated, otherwise known as Henry
17  Farms Realty subdivision.  My motion would be to
18  deny the variance or waiver from the moratorium.
19  That means to deny it.
20         MR. CARDONE:  I'll second it.
21         SUPERVISOR DOLES:  Any discussion?
22  Call the question.
23         ALL:  Aye.
24         SUPERVISOR DOLES:  The next item is
25  CHAB 5.

PROCEEDINGS

1               MR. LYNCH:  Mr. Supervisor, let the
2       record reflect that I am handing to each member of
3       the Board a legal document of attorney
4       communications.
5               MR. McGINN:  I'll make the motion on
6       the matter of CHAB 5 Realty that their application
7       for waiver from the moratorium that we deny it.
8               SUPERVISOR DOLES:  We need a second.
9               MR. CARDONE:  I'll second it.
10              SUPERVISOR DOLES:  Any discussion?
11      Call the question.
12              ALL:  Aye.
13              SUPERVISOR DOLES:  The last item is
14      Congregation B'nai Luzer, I believe it's
15      Incorporated.
16              MR. LYNCH:  Mr. Supervisor, let the
17      record reflect I am giving each Town Board member
18      including the supervisor a legal document, an
19      attorney-client privileged communication.
20              SUPERVISOR DOLES:  Gentlemen?
21              MR. McQUADE:  I will make a motion on
22      the Matter of the Application of Congregation B'nai
23      Luzer Incorporated, otherwise known as Forest Edge
24      Subdivision.  I am making a motion in order to deny
25      the variance or waiver from the moratorium.

PROCEEDINGS

1               MR. McGINN:  I'll second it.
2               SUPERVISOR DOLES:  Any discussion?
3   Call the question.
4               MR. McGINN:  Aye.
5               MR. McQUADE:  Aye.
6               MR. CARDONE:  Aye.
7               SUPERVISOR DOLES:  Abstain for
8   reasons previously stated.
9               Gentlemen, thank you very much.  We
10  have concluded the five items which were cited for a
11  public hearing.
12              I want to thank the members of the
13  board, and in particular our attorney Mr. Lynch, for
14  his efforts in trying to guide us through this
15  extremely profoundly dense material and again the
16  representatives that helped and in particular all of
17  you out there.  So on behalf of the Town of Monroe
18  we want to thank you.
19              (END OF PUBLIC HEARING.)
20
21
22
23
24
25

1

2 **CERTIFICATION**

3

4     I, Karen Strauss, a Stenographic Reporter

5 and Notary Public within and for the State of

6 New York, hereby certify:

7

8     That this is to certify that the above

9 Village Hearing hereinbefore set forth is a

10 true and accurate transcription of my

11 stenographic notes; and

12

13     That I am not related to any of the

14 parties to this action by blood or marriage

15 and I am in no way interested in the outcome

16 of this matter.

17

18     _____

19             Karen G. Strauss

20             Court Reporter

21

22

23

24

25