UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIGHVIEW PROPERTIES D.H.F. INC., <br><br> Plaintiff, <br><br> -against- <br><br> TOWN OF MONROE; TOWN OF MONROE TOWN BOARD; HARLEY DOLES as former Town Supervisor in his official capacity; ANTHONY CARDONE, as Town Supervisor and individually; MARY BINGHAM as Monroe Town Boardmember; RICHARD COLON, as Monroe Town Boardmember and individually; MICHAEL McGINN, as Monroe Town Boardmember and individually; GERARD McQUADE, JR., as Monroe Town Boardmember and individually; and AUDRA SCWARTZ, as Town of Monroe Planning Board Chairperson, <br><br> Defendants. | **NOTICE OF MOTION** <br><br> Docket No.: 18-867 (NSR) |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Leo Dorfman and the exhibits annexed thereto; the accompanying *Memorandum of Law in Support of Town of Monroe Defendants' Motion to Dismiss*; and upon all pleadings and proceedings in this case, Defendants Town of Monroe, Town of Monroe Town Board, Anthony Cardone, Mary Bingham, Richard Colon, Michael McGinn and Audra Schwartz ("Town Defendants") will move this Court before the Honorable Nelson S. Román at the United States District Court, located at 300 Quarropas Strett, White Plains, NY 10601-4150, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing plaintiff's Complaint in its entirety with prejudice, together with such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to court order, opposition papers

1

are to be filed by August 17, 2018, and reply papers by September 5, 2018.

Dated: Carle Place, New York
       July 2, 2018

                                          **SOKOLOFF STERN LLP**
                                        *Attorneys for Town Defendants*

By:    LEO DORFMAN
        ALEXANDER J. ELEFTHERAKIS
        179 Westbury Avenue
        Carle Place, New York 11514
        (516) 334-4500
        File No. 160203

TO:    Robert S. Rosborough
        Whiteman Osterman & Hanna LLP
        One Commerce Plaza
        Albany NY 12260

        James A. Randazzo
        Portale Randazzo LLP
        245 Main Street, Suite 340
        White Plains NY 10601