UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HIGHVIEW PROPERTIES D.H.F. INC.,

                Plaintiff,

-against-

TOWN OF MONROE; TOWN OF MONROE TOWN BOARD; HARLEY DOLES as former Town Supervisor in his official capacity; ANTHONY CARDONE, as Town Supervisor and individually; MARY BINGHAM as Monroe Town Boardmember; RICHARD COLON, as Monroe Town Boardmember and individually; MICHAEL McGINN, as Monroe Town Boardmember and individually; GERARD McQUADE, JR., as Monroe Town Boardmember and individually; and AUDRA SCWARTZ, as Town of Monroe Planning Board Chairperson,

                Defendants.

---

NOTICE OF MOTION

Docket No.: 18-867 (NSR)

*[Handwritten order:]* The Town Defendants' motion to dismiss is denied without prejudice to re-filing on the reply date - Sept. 5, 2018. (See ECF No. 42) Clerk of the Court requested to terminate the motion (doc. 43).
Dated: July 3, 2018
SO ORDERED.

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Leo Dorfman and the exhibits annexed thereto; the accompanying *Memorandum of Law in Support of Town of Monroe Defendants' Motion to Dismiss*; and upon all pleadings and proceedings in this case, Defendants Town of Monroe, Town of Monroe Town Board, Anthony Cardone, Mary Bingham, Richard Colon, Michael McGinn and Audra Schwartz ("Town Defendants") will move this Court before the Honorable Nelson S. Román at the United States District Court, located at 300 Quarropas Strett, White Plains, NY 10601-4150, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing plaintiff's Complaint in its entirety with prejudice, together with such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to court order, opposition papers

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2018

are to be filed by August 17, 2018, and reply papers by September 5, 2018.

Dated: Carle Place, New York
       July 2, 2018

                                    SOKOLOFF STERN LLP
                                    *Attorneys for Town Defendants*

By:    LEO DORFMAN
       ALEXANDER J. ELEFTHERAKIS
       179 Westbury Avenue
       Carle Place, New York 11514
       (516) 334-4500
       File No. 160203

TO:   Robert S. Rosborough
       Whiteman Osterman & Hanna LLP
       One Commerce Plaza
       Albany NY 12260

       James A. Randazzo
       Portale Randazzo LLP
       245 Main Street, Suite 340
       White Plains NY 10601