USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/20/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Highview Properties D.H.F. Inc,

                Plaintiff,

    - against -

Town of Monroe, et al.,

                Defendants.

-------------------------------------------------------------X

**ORDER**

18 Civ. 867 (NSR)

Román, D.J.:

    The Court, having been advised that the parties have reached a settlement in principle to resolve this matter,

    ORDERS the parties to file with the Court a stipulation of settlement or a report in writing on the status of the settlement discussions on or before December 21, 2020.

    Defendants' pending motions to dismiss (ECF Nos. 61 and 64) are hereby DENIED without prejudice to refiling should the settlement not be consummated. The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 61 and 64.

    SO ORDERED.

Dated:    White Plains, New York
             October 20, 2020

                                                        Nelson S. Román, U.S.D.J.