USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __3/30/2021____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHVIEW PROPERTIES D.H.F. INC.,

                          Plaintiff,

     -against-

TOWN OF MONROE, et al.

                          Defendants.

No. 18 Civ. 867 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

Upon a review of the moving papers, it is hereby ordered that pursuant to Local Civil Rule 1.4, Plaintiff's Motion for Alexander J. Eleftherakis to Withdraw as Counsel for the Town Defendants is hereby GRANTED. The Court notes that the Town Defendants continue to be represented by Leo Dorfman who has been counsel of record since March 14, 2018. (ECF No. 34.)

Dated:      March 30, 2021
            White Plains, New York

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE